

FILED

MAR 20 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

Joshua N. Harrell
(Name of Plaintiff)
500 Union Ave. 4-J-04
(Address of Plaintiff)
Fairfield, CA 94533

2:15 - CV - 0 6 3 4 CKD PC
(Case Number)

vs.

COMPLAINT

Target, Target Corporate,
Fairfield Police Department,
Solano County District Attorney's Office ET.AL.
(Names of Defendants)

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner:   ☒ Yes    ☐ No

    B. If your answer to A is yes, how many?:   7   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

      1. Parties to this previous lawsuit:

      Plaintiff Joshua N. Harrell

      Defendants California Department of Corrections and Rehabilitation.

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**    Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County)

U.S. Eastern District of California

3. Docket Number  Unknown

4. Name of judge to whom case was assigned  Unknown

5. Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)
Dismissed

6. Approximate date of filing lawsuit  2012

7. Approximate date of disposition  2012

## II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?  ☒ Yes      ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?

☐ Yes    ☒ No

If your answer is no, explain why not The grievance procedures at this institution does not apply to the facts of this complaint.

C. Is the grievance process completed?  ☒ Yes      ☐ No

## III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant Darius James Webb  is employed as Asset Protection Specialist  at Target Corporation

B. Additional defendants Target 2059 Cadenasso Dr. Fairfield CA 94533 Target Corporate, Alex Valdez badge No. 713 employed as police officer at the Fairfield Police Department, Bee Xiong badge No. 1015 employed as police officer at the Fairfield Police Department, David Reeves badge No. 1827 employed as Supervising officer at Fairfield Police Department, Joshua Kresha badge No. 657 employed as Supervising officer at Fairfield Police Department, Natasha M. Jontulovich #271554 employed as District Attorney

B. Additional defendants continuation   1 of 1

at Solano County District Attorney's Office, Krishna A. Abrams employed as District Attorney at Solano County District Attorney's Office, and Donald A. du Bain employed as District Attorney of Solano County,

Parties to previous lawsuit #2

Plaintiff: Joshua N. Harrell

Defendant: Solano County Jail ET AL

Court: U.S. Eastern District of California

Docket Number: 2:14-cv-0592

Name of judge to whom case was assigned: A.C.

Disposition: Still Pending

Approximate date of filing lawsuit: July, 2014

Approximate date of disposition: Still Pending

## Parties to Previous Lawsuit #3

Plaintiff: Joshua N. Harrell

Defendant: Solano County Jail ET. AL.

Court: U.S. Eastern District of California

Docket Number: 2:14-cv-01690

Name of Judge to whom case was assigned: CKD

Disposition: Still Pending.

Approximate date of filing lawsuit: July 2014

Approximate date of disposition: Still Pending.

Parties to Previous lawsuit #4

Plaintiff: Joshua N. Harrell ET AL.

Defendant: State OF California ETAL.

Court: U.S. Eastern District of California

Docket Number: 2:15-cv-00470

Name of Judge to whom case was assigned: EFB

Disposition: Still Pending

Approximate date of filing lawsuit: Febuary 2015

Approximate date of disposition: Still Pending.

Parties to Previous Lawsuit #5

Plaintiff: Joshua N. Harrell

Defendant: Fairfield Police Department ET. AL.

Court: U.S. Eastern District of California

Docket Number: Unknown

Name of Judge to whom case was assigned: Unknown

Disposition: Still Pending

Approximate date of Filing Lawsuit: March, 2015

Approximate date of disposition: Still Pending

Parties to Previous lawsuit # 6

Plaintiff: Joshua N. Harrell

Defendant: Wal-Mart ET. AL.

Court: U.S. Eastern District of California

Docket Number: Unknown

Name of Judge whom case was assigned: Unknown

Disposition: Still Pending

Approximate date of filing lawsuit: March 2015

Approximate date of disposition: Still Pending.

Parties to Previous Lawsuit #7

Plaintiff: Joshua N. Harrell

Defendant: California Forensic Medical Group Inc. ET. AL.

Court: U.S. Eastern District of California

Docket Number: Unknown

Name of Judge to whom case was assigned: Unknown

Disposition: Still Pending.

Approximate date of filing lawsuit: March, 2015

Approximate date of disposition: Still Pending.

IV.   Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

On 09/02/2014 at approximately 2:00 PM, I was shopping at Target store 2059 Cadenasso Dr. Fairfield, CA 94533 with a female name Elizabeth Cudemore whom had a gift card for Target. I went to the back of Target to visit with a friend whom worked in the electronics department "Julio" and to purchase a jacket. When I came back to the front of the store the girl I was with Elizabeth Cudemore was sitting in the food court with shopping bags from her purchases at the Target store while I was in the back of the store in the electronics department. I was in the process of attempting to activate a prepaid

V.  Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I want the defendants to pay for the cost of the filing fee of this complaint, all court costs and fees, any additional court costs and fees this complaint may bring, as well as all attorney fees and costs for this suit. I want at least $300.00 per day I spent in the Solano County jail for false arrest and false imprisonment. I want a minimum of $100,000.00 for the Malicious Prosecution I suffered. I want the court to order them to pay whatever punative damages they see fit.

Signed this 13th day of March , 20 15 .

_M. Joshua N. Harell_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

3-13-2015
(Date)

_M. Joshua N. Harell_
(Signature of Plaintiff)

Statement of Claim Continuation   1 of 2.

credit card while we where eating in the food court, oblivious
to everything that was going on around me while doing this.
We where leaving out of the store. Elizebeth Cudemore was
Pulling the shopping cart out of the store. As she was
Pulling out the shopping cart, it got stuck in the door. She
asked me to Push it for her and I did. At this point
and time, I had no clue of what items she Paid for
and what she did not pay for. I figured she Paid for
everything when I noticed her with the shopping bags

I Pushed the shopping cart out of the store and I
was grabbed by two Asset Protection Specialist at the Target
store working for Target Corporated. One of these Asset Pro-
tection Specialist names was Darius James Webb and the
other one "John Doe" name is unknown to me at that time.
I was in a state of shock because I had no ideah why
they where grabbing me. I did not know what was going
on. I was struggling with them because I did not
want to go with them to thier office. The girl Elizebeth
Cudemore kept walking and they didn't even attempt to
stop her. After some struggle I gave up on went
with them to thier office.

I was trying to explain to them what was going on.
They where insistent that I was stealing. They wanted to
handcuff me to a bench in thier office and I did
not want to be handcuffed. They forcefulls Put handcuffs
on me and put them on so tight my circulation

Statement of Claim Continuation 2 of 2

was being cut off on my wrist. I told them over and over again that I had no ideah that Elizabeth did not pay for the items in the shopping cart.

The Fairfield Police Department was called and officers Alex Valdez and Bee Xiong arrived at the Target. I tried explaining to the officers the situation and they would not listen to me. With the appraval supervising officers David Reeves and Joshua Kreshu, I was taken to the Solano County Jail for Robery 2nd degree and Burglary second degree. Completely and totally Malicious Prosecution.

I was being Prosecuted by District Attorney Natasha M. Juntulovich under supervisors Krishna A. Abrams and Donald A. du Bain of the Solano County District attorneys Office.

After 177 days in the Solano County Jail the charges where finally dismissed Febuary, 2015.

# Exhibit A

All the discoveries and court proceedings of the criminal charges I suffered Malicious Prosecution, False Arrest, and False Imprisonment. Superior Court of California, County of Solano Case Number FCR309722



| Location | | | | Cross Streets | | | City | | |
|---|---|---|---|---|---|---|---|---|---|
| TARGET, 2059 CADENASSO DR | | | | AUTO MALL PKWY/BECK A | | | FAIRFIELD | | |

| Incident Type | | | | Call Taker | | | Dispatcher | | |
|---|---|---|---|---|---|---|---|---|---|
| 488C - 488C SHOPLIFTER IN CUSTODY | | | | ROJO, ANNETTE | | | SWAIM, ALISHA | | |

| Date | Priority | Primary Unit | Beat | Fire Zone | Area | Map | Source | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/02/2014 | 2 | L713 | S | 550 | 2440 | 550 | TELEPHONE CALL | | |

| Caller Name | Caller Address | | Caller Phone |
|---|---|---|---|
| /MYLIE SMITH ADAMS | | | |

| Dispositions | Weapon | Alm Level | Case Number |
|---|---|---|---|
| 06 REPORT TAKEN/CITE ISSUED (ALARMS-ACTUAL 459,REPORT TAKEN) | | | 14-08839 |

| Vehicles | Associated Incidents |
|---|---|
| | |

**Incident Times**

| Received | 14:00:58 | Special Circumstances | | | | |
|---|---|---|---|---|---|---|
| Created | 14:03:08 | | | | | |
| Dispatched | 14:27:17 | Persons | Sex DOB | Race | | DL |
| En Route | | Harrell, Joshua | M 10/11/1976 | | | |
| On Scene | 14:32:25 | | | | | |
| Closed | 16:23:21 | | | | | |
| Rcvd-Closed 2:22:23 | | | | | | |

| Unit Times | Officer | Dispatched | Enroute | On Scene | Clear | Disp-On Scene | On Scene-Clear | Disp-Clear |
|---|---|---|---|---|---|---|---|---|
| L1215 | Xiong, Bee | 14:27:17 | 14:27:17 | 14:32:25 | 16:07:54 | 05:08 | 1:35:29 | 1:40:37 |
| S1 | Kresha, Joshua | 14:27:18 | 14:27:18 | | 14:27:31 | N/A | N/A | 00:13 |
| L713 | Valdez, Alex | 14:27:36 | 14:27:36 | 14:37:05 | 16:23:21 | 09:29 | 1:46:16 | 1:55:45 |

**Incident Comments**
SEC CAUGHT SUBJ WHO WAS STEALING
LT SKINNED MALE LONG SANDY BLN HAIR IN PONYTAIL
HAVE IN OFC UNK NAME AT THIS TIME

| TIME | # | EVENT | BY |
|---|---|---|---|
| 14:03:08 | 1 | Incident initiated at | A. Rojo |
| 14:20:23 | 2 | RP CALLING BACK SAYING THEY FOUGHT HIM FOR 5 MINS | A. Rojo |
| | 3 | HE IS YELLING AND CUSSING AND TRYING TO FIGHT | |
| | 4 | HE IS AGGRESSIVE | |
| | 5 | S/JOSHUA HARRELL 101176 | |
| | 6 | HE IS CUFFED ON ONE HAND WONT ALLOW THE 2ND HAND | |
| | 7 | RP WANTS HIM REMOVED FROM STORE ASAP | |
| 14:21:16 | 8 | SUSP 10 26 ACT CTY PROB | A. Rojo |
| 14:25:43 | 9 | NO C11 | A. Swaim |
| 14:26:06 | 10 | RP CALLING BACK GETTING MORE VIOLENT | A. Rojo |
| 14:27:17 | 11 | L1215 DP. Target | A. Swaim |
| 14:27:18 | 12 | S1 DP. | A. Swaim |
| 14:27:31 | 13 | S1 A. Freed | A. Swaim |
| 14:27:36 | 14 | L713 D | A. Swaim |
| 14:27:39 | 15 | L713 Primary unit changed to L713 | A. Swaim |
| 14:32:25 | 16 | L1215 S. | A. Swaim |
| 14:37:05 | 17 | L713 S. T | A. Valdez |
| 14:44:50 | 18 | L713 HARRELL, JOSHUA (10/11/76) added to incident | A. Swaim |
| 14:44:50 | 19 | L713 10-27: HARRELL,JOSHUA - 10/11/1976 | A. Swaim |
| 14:44:50 | 20 | L713 Wanted Check: HARRELL,JOSHUA - 10/11/1976 | A. Swaim |
| 14:44:50 | 21 | L713 Missing Persons Check: HARRELL,JOSHUA - 10/11/1976 | A. Swaim |
| 14:44:50 | 22 | L713 APPS: HARRELL,JOSHUA - 10/11/1976 | A. Swaim |
| 14:48:33 | 23 | L1215 CHK V CONTACTS MAURICIO LOPEZ | A. Swaim |
| 14:48:47 | 24 | NO LOCALS | A. Swaim |

| TIME | # | EVENT | |
|------|---|-------|---|
| 14:49:51 | 1 | L1215 CHK V CONTACTS SHARON GLEASON | A. Swaim |
| 14:49:58 | 2 | NO LOCALS | A. Swaim |
| 14:57:49 | 3 | L713 C4 | A. Swaim |
| 14:59:16 | 4 | L713 Case number 14-08839 assigned to 140902144 | A. Swaim |
| 15:02:39 | 5 | L1215 713 HAS 10 15 | A. Swaim |
| 15:24:19 | 6 | L713 C4 | K. Muratori |
| 15:36:02 | 7 | L1215 E. CJ 10 15 | A. Rojo |
| 15:37:24 | 8 | L1215 211 PC, 182A PC AND 1203.2 PC | B. Xiong |
| 16:03:29 | 9 | L1215 SC. | A. Rojo |
| 16:06:20 | 10 | L713 SC. | A. Rojo |
| 16:07:54 | 11 | L1215 A. | A. Rojo |
| 16:23:21 | 12 | L713 A. Disposition: 06 | A. Valdez |
| 16:23:21 | 13 | L713 Closed - Disposition 06 | A. Valdez |

# Solano County Detention Facilities
## ON-VIEW & PROBABLE CAUSE DECLARATION INFORMATION

**Control No. 146051**

**Case No. 14-8839**

The undersigned declares, upon information and belief: that he/she is an officer with the
**Fairfield Police Department**

That the detainee/arrestee **Harrell, Joshua**, DOB: **10/11/1976**, Current Age: **37**, Sex: **male**
Address: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉3
Home Phone: --- Work Phone: --- Cell Phone: **384-1315**

was arrested **9/2/2014 15:02** for the crime(s) of:

| OFFENSE | SEVERITY | COUNT |
|---|---|---|
| **1203.2 PC PROBATION VIOLATION, PROBABLE CAUSE ARREST** | F | 1 |
| **182(A) PC CONSPIRACY** | F | 1 |
| **211 PC ROBBERY - FIRST DEGREE** | F | 1 |

That the detainee committed said offense(s) in the manner and by the means as set forth and described as
follows:

Suspect Harrell and a female entered Target and appeared to be shopping inside the business. Suspect
Harrell and the female both placed numerous items into the shopping cart as they walked around the store.
Approx 36 items with a total value of $568.87. Suspect Harrell was pushing the shopping cart and passed
several cash registers making no attempt to pay for the merchandise. Both suspects exited the business
with the loss. Store Loss Prevention Officers contacted Harrell outside the business. They identified
themselves as store LPO's. They attempted to escort Harrell back into the business when he attempted to
escape. As the LPO's tried to detain him, Suspect Harrell tried to push them away. Suspect Harrell
continued to try and push both LPO's away as they attempted to control him. The security officers were able
to take him to a security office where they attempted to handcuff him. Suspect Harrell again tried to escape
and tried to push both security officers off of him. After a long struggle they were able to handcuff Suspect
Harrell. Security Officers placed him under citizens arrest. I took custody of him. Suspect Harrell is on active
probation out of Alameda County. Suspect Harrell used force twice to try and escape from the business. He
also had accomplice assist him in taking the property from the business.

### ADDITIONAL INFORMATION:

Case Number: **14-8839**
Victim's Age: --- Victim's Sex: --- Victim's Injuries: ---
Description Of Weapon: --- Value Of Property Loss: ---
Type Of Narcotics: --- Presumptive Test Performed:
PAS/Intoxilator/BA: **No** BAC: ---
Offense Location: **City**
Arrest Address: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

There are the following additional authorities for holding the detainee/arrestee:
**No hold authorities.**

Reason citation release was denied (Misdemeanors only, 853.6(i)PC):
**n/a**

### OFFICER SIGNATURE

On **9/2/2014 at 16:14**, in Solano County, CA
I declare under penalty of perjury that the foregoing is true and correct:
Officer: **ALEX VALDEZ**, Employee/Badge Number: **713**, Agency: **Fairfield Police Department**

### CERTIFICATE OF PROBABLE CAUSE

# FAIRFIELD POLICE DEPARTMENT
## 1000 WEBSTER ST    FAIRFIELD, CA 94533    707-428-7308
## FELONY REPORT

Page 1

14-08839

Printed by 322

| Offenses | Description | | | Fel/Misd | Date Occurred | | Time Occurred | Date Printed |
|---|---|---|---|---|---|---|---|---|
| 211 PC | Robbery | | | Felony | 9/2/2014 | | 1336 | 9/3/2014 |
| 182(A)(1) PC | Conspiracy:commit Crime | | | Felony | Date Reported | | Time Reported | Time Printed |
| 1203.2(A) | PROBATION VIOLATION | | | Felony | 9/2/2014 | | 1427 | 10:03:16 |
| | | | | | Related Cases | | | Incident # 140902144 |

| Location | | | | Beat | Area | Disposition | | Dispo Date |
|---|---|---|---|---|---|---|---|---|
| Target, ▓▓▓▓▓▓▓ | | | | S | 2440 | Clred By Adult Arrest | | 9/2/2014 |

| Location Type | Location of Entry | Method of Entry | Point of Entry | Alarm System | Means of Attack (Robbery) |
|---|---|---|---|---|---|
| Department Store | | | | | Simple, Not Aggravated Assault |

| Victim Name | | Drivers License | Cell Phone | | Email | | | |
|---|---|---|---|---|---|---|---|---|
| Target | | | | | | | | |

| Residence Address | Notified of Victim Rights | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓ | No | | | | | |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓ | | | | |

| Assistance Rendered/Victim Disposition | Transporting Agency | Means of Attack (Assaults) |
|---|---|---|
| Other | | Simple, Not Aggravated Assault |

| Description of Injuries | Other Information |
|---|---|
| None | |

| Name | | Drivers License | Cell Phone | | Email | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| | | | | | |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| | | | | | |

| Suspect Arrested | Action Taken | Charges | | | |
|---|---|---|---|---|---|
| Harrell, Joshua Neil | BOOKING | 211 PC, 182(A)(1) PC, 1203.2(A) | | | |

| Residence Address | Cell Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| ▓▓▓▓▓▓ ▓▓53 | ▓▓▓▓▓ | 10/11/1976 | 37 | M | B |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| | | 6` | 165 | BRO | BRO |

| Identifying Features | Residence Phone | Drivers License | Arrest Number |
|---|---|---|---|
| Build: Average | ▓▓▓▓▓▓ | D7184010 CA | 4454 |

| Status | Vehicle Make and Model | License/State | Vehicle Type |
|---|---|---|---|
| | | | |

| No. | Status/Disposition | Property Description | Value | Val Recovered | Val Damaged |
|---|---|---|---|---|---|
| 1 | Evidence | 1365-1 - 1 Cd - CD OF VIEVU | | | |
| 2 | Stolen and Recovered | 38 Merchandise - 38 MISC ITEMS OF TARGET MERCHANDISE | $607.86 | $607.86 | |
| | | | $607.86 | $607.86 | |

| Solvability Factors | |
|---|---|
| 169  Case Solved Victims/Witnesses Suspects - Known | |

| Prepared By | Date | Assisted By | Approved By | Date |
|---|---|---|---|---|
| 713 - Valdez, Alex | 9/2/2014 | | 927 - Reeves, David | 9/2/2014 |

| Routed To | Date | Routed To | Date | Notes |
|---|---|---|---|---|
| DA X 2 | 9/3/2014 | | | |
| Probation | 9/3/2014 | | | |

# CONTROLLED DOCUMENT



**FAIRFIELD POLICE DEPARTMENT**

**1000 WEBSTER ST     FAIRFIELD, CA 94533     707-428-7308**

**FELONY REPORT**

Page 2

14-08839

Printed by 322

| Suspect | | Action Taken | Charges | | | | |
|---|---|---|---|---|---|---|---|
| 14-08839, S2 | | | 211 PC, 182(A)(1) PC | | | | |

| Residence Address | | Cell Phone | DOB | Age | Sex | Race | |
|---|---|---|---|---|---|---|---|
| | | | | | F | W | |

| Business Name and Address | | Business Phone | Height | Wt | Hair | Eyes | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Identifying Features | | Residence Phone | Drivers License | | Arrest Number | |
|---|---|---|---|---|---|---|
| | | | | | | |

| Victim | Drivers License | Cell Phone | Email | | | | |
|---|---|---|---|---|---|---|---|
| Webb, Darius James | | | | | | | |

| Residence Address | Notified of Victim Rights | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|---|
| Dba Target, Fairfield, CA 94533 | No | | | 21 | M | B |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| | | 6'5" | 220 | BLK | BRO |

| Assistance Rendered/Victim Disposition | Transporting Agency | Means of Attack (Assaults) |
|---|---|---|
| Other | | Simple, Not Aggravated Assault |

| Description of Injuries | Other Information |
|---|---|
| None | |

**CONTROLLED DOCUMENT**

CONTROLLED DOCUMENT

## FACTS:

On 9/2/14 approx 1427 hours, I was dispatched to Target located at ▮▮▮▮▮▮▮▮▮▮ to investigate a report of a theft. The reporting party advised dispatch that security officers had someone detained for theft from the business. The suspect was also very aggressive and had fought with them for approx. 5 minutes. On arrival, I contacted Victim Darius Webb. He advised me that he is a Loss Prevention Officer at the business. Officer Xiong responded to the scene to assist as cover officer.

Victim Webb told me that on 9/2/14 approx 1336 hours, he was working at Target and was inside the loss prevention office when he received a phone call from a store employee. The store employee advised him that there were two subjects that were taking items off the shelves rapidly and placing them into a shopping cart. Victim Webb said that selecting various items rapidly without any thought is an indicator of someone who is attempting to steal merchandise from the business. He stated that he then walked out to the sales floor and conducted surveillance of both subjects.

Victim Webb noticed the male subject, later identified as Joshua Harrell, rapidly select several curtains from a shelf and place them into the shopping cart. Both subjects then headed to the women's clothing department. Victim Webb observed the female suspect quickly select a pair of boots, a tank top and a brown leather jacket and then place the items into the shopping cart.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 713 | VALDEZ, ALEX | 9/2/2014 | 927 | REEVES, DAVID | 9/2/2014 |

| | FAIRFIELD POLICE DEPARTMENT | Page 4 |
|---|---|---|
| | 1000 WEBSTER ST    FAIRFIELD, CA 94533    707-428-7308 | |
| | NARRATIVE | 14-08839 |

**CONTROLLED DOCUMENT**

Both suspects then headed to the cash register aisles. They stopped walking with the shopping cart a short distance before the cash register area. The unknown female suspect removed a few items from the shopping cart and walked to a cash register aisle and paid for the merchandise. The paid for items were then placed in a plastic bag which she carried back towards Suspect Harrell who was still with the shopping cart. They both took the shopping cart to the food court area where they sat for approximately 10 minutes.

Suspect Harrell and the female suspect then walked towards the front entrance doors of the store. Suspect Harrell was pushing the shopping cart and the unknown female was pulling it. As they walked towards the front doors they passed several cash registers making no attempt to pay for the merchandise in the shopping cart.

As she walked through the front door, the unknown female then let go of the cart and walked away from the business. Victim Webb and another last prevention officer allowed the female suspect to leave due to her not being in possession of any of the stolen store merchandise.

Suspect Harrell then exited the business with the stolen merchandise in the shopping cart. Victim Webb and a loss prevention officer contacted Suspect Harrell outside the business. Victim Webb then identified himself to Suspect Harrell as a Target loss prevention officer. As they attempted to escort Suspect Harrell into the store, he began to try and push his way past them. They attempted to try and hold onto him but he continued to swing his arms wildly trying to shove both loss prevention officers out of the way. After a brief struggle, they were able to

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 713 | VALDEZ, ALEX | 9/2/2014 | 927 | REEVES, DAVID | 9/2/2014 |

| | | Page 5 |
|---|---|---|
| **1000 WEBSTER ST    FAIRFIELD, CA 94533    707-428-7308** **NARRATIVE** | | 14-08839 |

securely hold onto Suspect Harrell and escort him back to the security office.

As they entered the office, they attempted to try and handcuff Suspect Harrell due to his aggressive behavior. As they tried to place the hand cuffs on him, he again tried to push the loss prevention officers out of the way. Suspect Harrell forcefully tried to make his way past both security officers. After a long struggle they were able to handcuff one of Suspect Harrell's hands and then hook the other end onto a bench. Suspect Harrell then began to try and intimidate both security officers. Suspect Harrell told Victim Webb, "I know where you live." Fairfield Police were then notified of the incident.

Officer Xiong monitored Suspect Harrell while I interviewed a witness. Suspect Harrell made several spontaneous statements in the presence of Officer Xiong. See Officer Xiong's supplemental for additional details.

Victim Webb stated that the total value of the recovered loss was $607.86 for 38 items stolen from the business. He advised me that all of the stolen merchandise had been recovered except for a jacket that Suspect Harrell was still wearing. Victim Webb placed Suspect Harrell under citizen's arrest. I took custody of Suspect Harrell.

Fairfield Dispatch advised me that Suspect Harrell was on active probation in Alameda County. Due to all the above information, I placed Suspect Harrell under arrest for 211 PC, robbery, 182(a)(1)PC, conspiracy and 1203.2(a)PC, probation violation. The handcuffs were

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 713    VALDEZ, ALEX | 9/2/2014 | 927    REEVES, DAVID | 9/2/2014 |



**FAIRFIELD POLICE DEPARTMENT**

1000 WEBSTER ST      FAIRFIELD, CA 94533      707-428-7308
**NARRATIVE**

Page 6

14-08839

double locked and checked for tightness.

Officer Xiong transported Suspect Harrell to Solano County Jail where he was booked for the above listed offenses. Victim Webb stated that he would take photographs of the recovered stolen property. He gave me an itemized list of all of the stolen property which is included with this report. Victim Webb advised me that he would give me a copy of the surveillance video and the photographs of the stolen property. I will attempt to identify the female suspect.

Disposition: Refer a copy of this report to the Solano County District Attorney's Office for review.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 713 | VALDEZ, ALEX | 9/2/2014 | 927 | REEVES, DAVID | 9/2/2014 |

CONTROLLED DOCUMENT

SOLANO COUNTY SHERIFF'S OFFICE
530 UNION AVENUE, SUITE 100
FAIRFIELD, CA. 94533
**ARREST REPORT**

☐ JUVENILE  ☒ ADULT

AGENCY NO. 4803

| COPIES TO. | | |
|---|---|---|
| ☐ DA | | |
| ☐ PROB | | |
| ☐ DOJ | | |
| ☐ INV | | |
| ☐ PAT | | |
| ☐ RISK MANAGEMENT | | |
| ☐ COUNTY COUNSEL | | |
| ☐ OTHER | | |

| CASE NO. | PAGE |
|---|---|
| | |

| REP DEV CODE | R0 | BEAT |
|---|---|---|
| | | S |

| PROP 115 QUALIFIED | | WEAPON USED |
|---|---|---|
| ☒ YES ☐ NO | | ☐ YES ☒ NO |

| DOMESTIC VIOLENCE | | BILLABLE |
|---|---|---|
| ☐ YES ☒ NO | | ☒ YES ☐ NO |

**ARREST DATA:**

| DATE/TIME OF ARREST | 48 HOUR EXPIRATION | LOCATION OF ARREST | ARRESTING AGENCY |
|---|---|---|---|
| 9-24-14 / 1503 HRS | | | FPD |

| TYPE OF ARREST | LOCATION OF OFFENSE | ARRESTING OFFICER ID # |
|---|---|---|
| ☒ PC ☐ WARRANT ☐ CITIZEN ☐ OTHER | | 713 |

**SUSPECT:**

| NAME (Last, First Middle) | | SEX | RACE | DOB / AGE | HGT | WGT | HAIR | EYES | POB |
|---|---|---|---|---|---|---|---|---|---|
| HARRELL, JOSHUA NEIL | | M | B | 10-11-78 | 600 | 165 | BRN | BRN | NY |

| RESIDENCE ADDRESS | CITY | STATE | YRS | RES. PHONE | ST / DL# |
|---|---|---|---|---|---|
| | FAIRFIELD | CA | | 707-384-1315 | CA / D7184010 |

| BUSINESS NAME AND ADDRESS | CITY | BUS. PHONE | BUILD ☐ 0 UNK ☐ 2 MED ☐ 4 MUSCULAR |
|---|---|---|---|
| | | ( ) | ☐ 1 THIN ☐ 3 HEAVY |

| AKA | BUILD ☐ 0 UNK ☐ 2 MED | SSN | OCCUPATION |
|---|---|---|---|
| | AFFILIATION | 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 | |

**VEH:**

| LICENSE # | STATE | YEAR | MAKE | MODEL | DISPOSITION OF VEHICLE |
|---|---|---|---|---|---|
| | | | | | |

**CHARGES:**

| CODE SECTION / DESCRIPTION | MISD | FELONY | WARRANT NO. | ISSUING AGENCY | COURT | BAIL |
|---|---|---|---|---|---|---|
| 211 PC - ROBBERY | | ✗ | | | | |
| 1203.2 PC - PROB VIOLATION | | ✗ | | | | |
| 182 PC - CONSPIRACY | | ✗ | | | | |

**FACTS ESTABLISHING ELEMENTS AND IDENTIFICATION OF DEFENDANT, INCORPORATED HEREIN BY THIS REFERENCE. SEE ATTACHED REPORTS.**

SEE ARIES

| VICTIM'S AGE | VICTIM'S INJURIES | WEAPON DESCRIPTION |
|---|---|---|
| | | |

| VALUE OF PROP. LOSS | TYPE OF PROPERTY | TYPE OF NARCOTICS | QUANTITY | STREET VALUE | WHOLSALE VALUE |
|---|---|---|---|---|---|
| | | | | | |

☐ BAIL PER SCHEDULE   BAIL SET AT $

| RELEASED FROM CUSTODY |
|---|
| ☐ BAIL ☐ PTA ☐ PC 825 ☐ OTHER |

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY INFORMATION AND BELIEF.
EXECUTED ON (DATE): 9-24 AT SOLANO COUNTY, CALIFORNIA BY (ARRESTING OFFICER SIGNATURE): A. CALDEZ #713
ON THE BASIS OF ☐ THE OFFICER'S DECLARATION, ☐ REPORTS REVIEWED, I HEREBY DETERMINE THAT THERE ☐ IS ☐ IS NOT PROBABLE CAUSE TO
BELIEVE THIS ARRESTEE HAS COMMITTED A CRIME. ((DATE): _____ (TIME) _____ (JUDICIAL SIGNATURE) _____

| COMPLAINTS OF ILLNESS OR INJURY ☐ YES ☒ NO | EVIDENCE OF ILLNESS OR INJURY ☐ YES ☒ NO | ☐ COURT | ☐ OTHER (EXPLAIN) |
|---|---|---|---|
| EXPLAIN: | TREATED BY: LOCATION: | | |

| EMERGENCY NOTIFICATION NAME (LAST, FIRST, MI) | ADDRESS | CITY | RES. PHONE |
|---|---|---|---|
| | | | |

**CUSTODY INFO:**

| CASH | COIN | TOTAL | WITNESS | DATE | TIME |
|---|---|---|---|---|---|
| | Xiong | $ | | | |

| HOLDS | TRANSPORTING OFFICER | ID # | AGENCY | REVIEWED BY | ENTERED RMS BY: |
|---|---|---|---|---|---|
| | Xiong | 1215 | FPD | JLL | |

| OTHER AGENCY NO. | TIME REC. | RECEIVING OFFICERS | BI NUMBER | BOOKING NUMBER |
|---|---|---|---|---|
| | 1603 | BUBAK/ 1613 | 1944137 | 14-10963 |

(REV 11J000)

# SOLANO COUNTY
# SHERIFF'S OFFICE

## ARREST REPORT

AGENCY NO. _____

| CASE NO. | PAGE |
|---|---|
| | |

| AMT OF HAIR 7 | HAIR STYLE 11 | COMPLEXION 13 | TATTOOS/SCARS   DISTINGUISHING MARKS 15 | WEAPONS 21 |
|---|---|---|---|---|
| **Q21** | **Q25** | **Q27** | **Q30** | **Q33** |
| ☐ 0 Unknown | ☐ 0 Unknown | ☐ 0 Unknown | ☐ 1 Face _____ | ☐ 0 Unknown |
| ☐ 1 Thick | ☐ 1 Long | ☐ 1 Clear | ☐ 2 Teeth _____ | ☐ 0 None |
| ☐ 2 Thin | ☐ 2 Short | ☐ 2 Acne | ☐ 3 Neck _____ | ☐ 1 Club |
| ☐ 3 Receding | ☐ 3 Collar | ☐ 3 Pockmarked | ☐ 4 R/Arm _____ | ☐ 2 Hand Gun |
| ☐ 4 Bald | ☐ 4 Military | ☐ 4 Freckled | ☐ 5 L/Arm _____ | ☐ 3 Other Unknown Gun |
| ☐ 5 Other | ☐ 5 Crew Cut | ☐ 5 Albino | ☐ 6 R/Hand _____ | ☐ 4 Rifle |
| | ☐ 6 Right Part | ☐ 6 Other | ☐ 7 L/Hand _____ | ☐ 5 Shot Gun |
| **TYPE OF HAIR 8** | ☐ 7 Left Part | | ☐ 8 R/Leg _____ | ☐ 6 Toy Gun |
| | ☐ 8 Center Part | | ☐ 9 L/Leg _____ | ☐ 7 Simulated |
| **Q22** | ☐ 9 Straight Back | **GLASSES 14** | ☐ 10 R/Shoulder _____ | ☐ 8 Pocket Knife |
| ☐ 1 Unknown | ☐ 10 Pony Tail | | ☐ 11 L/Shoulder _____ | ☐ 9 Fixed Blade Knife |
| ☐ 2 Straight | ☐ 11 Afro Natural | **Q28** | ☐ 12 Front Torso _____ | ☐ 10 Other Cut/Stab |
| ☐ 3 Wavy | ☐ 12 Processed | ☐ 0 Unknown | ☐ 13 Back Torso _____ | Instrument |
| ☐ 4 Fine | ☐ 13 Teased | ☐ 0 None | ☐ 14 Other _____ | ☐ 11 Hands/Feet |
| ☐ 5 Coarse | ☐ 14 Other | ☐ 1 Yes (no description) | | ☐ 12 Bodily Force |
| ☐ 6 Wiry | | ☐ 2 Regular Glasses | | ☐ 13 Strangulation |
| ☐ 7 Wig | **FACIAL HAIR 12** | ☐ 3 Sun Glasses | **UNIQUE CLOTHING 17** | **WEAPON IN 19** | ☐ 14 Tire Iron |
| ☐ 8 Other | **Q26** | ☐ 4 Wire Frame | **Q31** | **Q32** | ☐ Other |
| | ☐ 0 Unknown | ☐ 5 Plastic Frame | ☐ 1 Hat | ☐ 0 N/A | |
| | ☐ 0 N/A | Color _____ | ☐ 2 Gloves | ☐ 1 Bag/Brief Case | **WEAPON FEATURE 22** |
| **HAIR CONDITION 9** | ☐ 1 Clean Shaven | ☐ 6 Other | ☐ 3 Ski Mask | ☐ 2 Newspaper | **Q34** |
| **Q23** | ☐ 2 Mustache | | ☐ 4 Stocking Mask | ☐ 3 Pocket | ☐ 0 Unknown |
| ☐ 0 Unknown | ☐ 3 Full Beard | | ☐ 5 Baseball Cap | ☐ 4 Shoulder Holster | ☐ 0 None |
| ☐ 1 Clean | ☐ 4 Goatee | **VOICE 15** | ☐ 6 Other | ☐ 5 Waist Band | ☐ 1 Altered Stock |
| ☐ 2 Dirty | ☐ 5 Fumanchu | **Q29** | | ☐ 6 Other | ☐ 2 Sawed Off |
| ☐ 3 Greasy | ☐ 6 Lower Lip | ☐ 0 Unknown | | | ☐ 3 Automatic |
| ☐ 4 Matted | ☐ 7 Side Burns | ☐ 0 N/A | | | ☐ 4 Bolt Action |
| ☐ 5 Odor | ☐ 8 Fuzz | ☐ 1 Lisp | | | ☐ 5 Pump |
| ☐ 6 Other | ☐ 9 Unshaven | ☐ 2 Slurred | **TEETH 18** | **FACE 20** | ☐ 6 Revolver |
| | ☐ 10 Other | ☐ 3 Stutter | ☐ 1 Broken **Q36** | ☐ 1 Broad **Q37** | ☐ 7 Blue Steel |
| | | ☐ 4 Accent | ☐ 2 Chipped | ☐ 2 High Cheek | ☐ 8 Chrome/Nickel |
| **R/L HANDED 10** | | ☐ 5 Other | ☐ 3 Crooked | ☐ 3 Long | ☐ 9 Double Barrel |
| **Q24** | | | ☐ 4 Protruding | ☐ 4 Oval | ☐ 10 Single Barrel |
| ☐ 0 Unknown | | | ☐ 5 Missing | ☐ 5 Round | ☐ 11 Other |
| ☐ 1 Right | | | ☐ 6 None | ☐ 6 Square | |
| ☐ 2 Left | | | ☐ 7 Gold | ☐ 7 Thin | |
| | | | ☐ 8 Silver | | |
| | | | ☐ 9 Stained/Decayed | | |

| SCHOOL LAST ATTENDED | | LOCATION | | GRADE |
|---|---|---|---|---|
| | | | | |

**JUVENILE ARREST INFORMATION 23**

| NAME OF FATHER-GUARDIAN | ADDRESS | CITY | RES. PHONE | BUS. PHONE |
|---|---|---|---|---|
| | | | | |
| NAME OF MOTHER-GUARDIAN | ADDRESS | CITY | RES. PHONE | BUS. PHONE |
| | | | | |
| NAME OF PARENT-GUARDIAN | ADDRESS | CITY | RES. PHONE | BUS. PHONE |
| | | | | |
| PERSON NOTIFIED | NOTIFIED BY | METHOD OF NOTIFICATION | DATE | TIME |
| | | | | |

**CITIZEN ARREST 24**

CITIZEN ARREST STATEMENT: I HEREBY ARREST THE ABOVE PERSON ON THE CHARGE INDICATED HEREIN AND REQUEST A PEACE OFFICER TO TAKE HIM/HER INTO CUSTODY. I WILL APPEAR TO SIGN A COMPLAINT AGAINST THE PERSON THAT I HAVE ARRESTED. (SIGNATURE)

| CITIZEN'S NAME | ADDRESS | CITY | RES. PHONE | BUS. PHONE |
|---|---|---|---|---|
| | | | | |

IN VIEW OF THE INFORMATION HEREIN STATED, THE ABOVE ARRESTEE WAS NOT RELEASED PURSUANT TO PC 853.6 SPECIFICALLY BECAUSE:

☐ INTOXICATED STATE MAY RESULT IN DANGER TO SELF OR OTHERS.     ☐ ARRESTED FOR 23152(a) & (b) CVC.

☐ ARRESTEE REQUIRED MEDICAL EXAMINATION OR CARE OR COULD NOT CARE FOR OWN SAFETY.     ☐ THERE ARE ADDITIONAL OUTSTANDING WARRANTS.

☐ THE IMMEDIATE RELEASE WOULD JEOPARDIZE PROSECUTION.     ☐ ARRESTEE HAD NO PERSONAL IDENTIFICATION.

☐ ARRESTED FOR ONE OR MORE OFFENSES LISTED UNDER SECTION 40302 CVC.     ☐ RELEASE WOULD INCREASE LIKELIHOOD OF OFFENSE CONTINUING.

☐ DEMANDED IMMEDIATE APPEARANCE.     ☐ REFUSED TO SIGN WRITTEN PROMISE TO APPEAR.

| REPORTING OFFICER | ID # | DATE | REVIEWED BY / ID # | DATE |
|---|---|---|---|---|
| | | | | |



**FAIRFIELD POLICE DEPARTMENT**

1000 WEBSTER ST   FAIRFIELD, CA 94533   707-428-7308

**SUPPLEMENT 1**

Page 8

14-08839

## SUPPLEMENTAL NARRATIVE

S - HARRELL, Joshua

**FACTS:**

On the above date and time, I responded to Target, ~~████████████~~, to assist Officer Valdez reference a shoplifter in custody. He has been identified as Joshua Harrell and he physically fought with loss prevention officers when they detained him.

Upon arrival, I contacted the loss prevention officer and employees in the loss prevention office. S-Harrell spontaneously denied any involvement in the stealing of merchandise from Target or physically fighting with loss prevention officers and employees. Further, he said the girl, known only as Liz, he was with got the shopping cart stuck at the door and asked him to push it out so he did. S-Harrell said he thought Liz already paid for the merchandise in the cart and didn't know what was going on because he was busy activating his Green Dot card on the telephone.

Officer Valdez conducted his investigation and arrested S-Harrell for 211 PC - Robbery, 182(a) PC - Criminal conspiracy and 1203.2(a) PC - Probation violation. S-Harrell was on active probation out of Alameda County for 484 PC - Access card theft. I handcuffed S-Harrell and escorted him to my patrol car.

I read S-Harrell his Miranda rights from my department issued Miranda card and before I could finish he said he wanted to talk to his attorney. When I finished reading him his Miranda rights and asked him if he understood he said he does, but he wanted to talk to his attoney. No further questions were asked. I transported him to the Solano County Jail and booked him for the above mentioned violations.

Disposition: Attach to Officer Valdez's original narrative.

CONTROLLED DOCUMENT

Incidents: INC-2035364
First Published: 9/2/2014 4:21 PM Webb-Edwards, Darius Last Updated: 9/2/2014 5:18 PM Webb-Edwards, Darius

## General

### About Incidents

The **Incidents** application captures data regarding Target's incidents, including general details, date and time information, individuals and vehicles involved and details relating to evidence and legal investigation where applicable. Complete the following fields and tabs by selecting and entering appropriate information unique to the case. Provide an incident narrative and attach all relevant documentation to the record.

- Additional **help text** is available by clicking on the help icon next to the field name. This help content contains hyper links to the TCM Reference Library

- * Indicates **required field**.

- Incident type/M.O is a combination field.

- **Apply** to save data, to generate the case#,enable related incidents and investigations section and to enable all other tabs.

- **Save** to save all data changes and close the incident report.

- **X** out of the page and lose any unsaved data and close the page.

- Link to an Incident Process How-To on the TCM Reference Library

### Incident Tracking

| | | | |
|---|---|---|---|
| Entered By: | Webb-Edwards, Darius | CASE #: | INC-2035364 |
| Incident Date: | 9/2/2014 2:06 PM | Incident Disposition: | Did Not Notify Law Enforcement |
| Incident Location: | T-0675 | Incident Status: | Pending |
| Country: | US | Case History Log: | View History Log |
| Record Status: | Active | | |

### Incident Information

| | | | |
|---|---|---|---|
| Initiated By: | SR/APS | Incident Was Captured on Video?: | Yes |
| Closed By: | SR/APS | Did the Incident occur on Target property?: | Yes |
| Incident Category: | Apprehension | Place of Occurrence: | Stores/HQ Selling / Sales Floor |
| Apprehension - Type/M.O.: | Apprehension: Merchandise Theft - Shoplifting: Push Out/Grab n Run | | |
| Incident Type(s): | Apprehension Merchandise Theft - Shoplifting | | |
| M.O.: | Shoplifting Push Out/Grab n Run | How Incident Initiated: | AP Physical Surveillance |
| Additional Information: | | Primary Development Means: | |
| Weapon: | | Sensitive | No |

**Injury Related Incident:** No

This field indicates if any AP Team Member or Individual involved in the incident was injured and is calculated upon saving the incident

**Case:**
**Grant Access:**

When Sensitive Case = Yes, select your next level supervisor or someone who should have full access to this case. An email notification will be sent upon save.

## AP TM Involved

| Tracking ID Investigator | | Involvement |
|---|---|---|
| APTM-1511363 | Webb-Edwards, Darius | Detained Subject |
| | | Interviewed Subject |
| | | Observed Incident |
| | | Reported |

## Related Incidents

No Records Found.

## Related Investigations

No Records Found.

## Participants

### About Participants

The Participants tab captures people information required for the investigation and prosecution of an incident. Participants are only entered once in the system and used as an individual involved in subsequent cases. Additional help text is available as a tooltip (mouseover) on the field name.

• Click "Add New" for each participant involved in this case.
• Complete the fields by entering and selecting details about the individual.

### Individuals Involved

| Involved Individual ID | Role | Participant |
|---|---|---|
| INID-2410452 | Subject | INDIV-2238135 |

### Admission Statement Information (if applicable)

Complete the Admission Statement section, when applicable, and select Signed Admission "YES" to include details in the *Admission Statement* report template.

• Click "Apply" to submit the details.
• Click Admission Statement link below, modify the report to only show the current CASE #, print the form to obtain signature and fax to Esteem.

| Statement Start: | 9/2/2014 4:04 PM | Signed Admission: | No |
|---|---|---|---|
| Statement End: | 9/2/2014 4:04 PM | Admitted Dollars: | |
| Statement Summary: | | | |

Admission Statement

Admission Statement Form (Spanish)

## Evidence

### About Evidence

The Evidence tab captures evidence information required for the investigation and prosecution of an incident. Additional help text is available as a tooltip (mouseover) on the field name.

• Complete the following sections by selecting the appropriate evidence criteria and entering details relating the case.
• Provide Promissory Note details if applicable.

14-8839

## Evidence Summary

| Evidence | Admitted | Proven | Price Variance | Recovered | Sum |
|---|---|---|---|---|---|
| Merchandise | 607.86 | 607.86 | 0 | 607.86 | 607.86 |
| Cash | 0 | 0 | 0 | 0 | 0 |
| Charge | 0 | 0 | 0 | 0 | 0 |
| Check | 0 | 0 | 0 | 0 | 0 |
| Documents | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 |
| Totals | 607.86 | 607.86 | 0 | 607.86 | 607.86 |

28 items

Evidence Photos:

## Merchandise Lookup

To add **Merchandise** evidence, perform a Lookup:
- When using a barcode scanner, select the **DPCI/UPC Codes** field and scan the item(s).
- When manually entering the code(s), select the field and type the DPCI using a ###-##-#### format (including dashes).
    - *Note:* When entering more than one item, separate **DPCI/UPC** codes with a space.
    - To improve performance when entering **multiple DPCI/UPC**, enter all of them at the same time.
- Complete the State of Evidence information to populate in a **Merchandise Evidence** grid below.
- Select the **Perform Lookup** value from the **Lookup Status** field.
- Click "**Lookup**" to populate merchandise details.
- When the DPCI/UPC code is unknown or missing, please link directly to the merchandise system to search
- for DPCI by Dept, Class, Item and Description. Copy and paste the DPCI/UPC information into TCM.
- Link to a **Search IMN Tutorial**

DPCI / UPC Code(s):

**State of Evidence**

Disposition of Merchandise:   Recovered

Admitted:   Yes                                     Damaged:   Yes
Proven:   Yes                                       Recovered:   Yes
Lookup Status:   Lookup Complete

**Unknown DPCI**

When the DPCI/UPC code is unknown or missing, please link directly to the merchandise system to *search for DPCI* by Dept, Class, Item, or Description. Copy and paste DPCI/UPC information into TCM.

## Merchandise Evidence

| Evidence ID | DPCI | Quantity | Retail Total | Falsified Total | Item Description | Disposition of Merchandise | Admitted | Damaged/ Destroyed | Proven | Recovered |
|---|---|---|---|---|---|---|---|---|---|---|
| EVE-10881737 | 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 | 1 | $12.99 | $.00 | FOL ASHIRT FOL 4PK ASHIRT M | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881738 | 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 | 1 | $9.99 | $.00 | WNDOW PANEL RE BROWN 42X84 | Recovered | Yes | Yes | Yes | Yes |

Case 2:15-cv-00634-CKD   Document 1   Filed 03/20/15   Page 29 of 76

14- 8839

| | | | | | THERM | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| EVE-10881739 | 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 | 1 | $9.99 | $.00 | WINDOW PANEL RE BROWN 42X84 THERM | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881740 | 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 | 1 | $14.49 | $.00 | HANESR BOXER HR BX 5PK WVN SLD L | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881741 | 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 | 1 | $13.99 | $.00 | FOL BOXER BR M 5PK RINGER ASRT | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881742 | 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 | 1 | $3.59 | $.00 | DRAPERY ROD TARGET HOME BASIC | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881743 | 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 | 1 | $4.99 | $.00 | 5 PK LIGHTR BIC 5PK LIGHTER | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881744 | 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 | 1 | $10.79 | $.00 | HVY DUTY CRE BLACK HVY DUTY CREW | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881745 | 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 | 1 | $14.99 | $.00 | HANESP ATHLE HP ATHL 10PK LC BLK | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881746 | 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 | 1 | $24.99 | $.00 | DCKIES TROUS 36X32 BLACK SOLID PNT | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881747 | 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 | 1 | $22.99 | $.00 | DCKIES CHINO 34 EBONY SOLID | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881748 | 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 | 1 | $24.99 | $.00 | DCKIES CHINO 36X30 BLK SOLID PNT | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881749 | 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 | 1 | $34.99 | $.00 | MSC FASHION KHLOE BLK 9 | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881750 | 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 | 1 | $9.99 | $.00 | SHWR CURTAIN RE CUBITZ SMOKE PEVA | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881751 | 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 | 1 | $9.99 | $.00 | WINDOW PANEL RE BLACK 42X63 THERM | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881752 | 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 | 1 | $9.99 | $.00 | WINDOW PANEL RE BROWN 42X63 THERM | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881753 | 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 | 1 | $9.99 | $.00 | WINDOW PANEL RE BROWN 42X63 THERM | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881754 | 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 | 1 | $5.99 | $.00 | CH ATHLETIC 6 | Recovered | Yes | Yes | Yes | Yes |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PK S ANKLE LTGREY | | | | | |
| EVE-10881755 | 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 | 1 | $19.99 | $.00 | DENIZEN SLIM STRT ILLUSION 7 | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881756 | 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 | 1 | $21.99 | $.00 | DNZN JEANS 7 LT BLU SOLID PNT STR | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881757 | 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 | 1 | $6.28 | $.00 | XHIL SLEEP T XSM GRN SOLID SLVLS | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881792 | 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 | 1 | $22.99 | $.00 | XHIL LEGGING 9 SLATE SOLID PNT STRA | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881793 | 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 | 1 | $22.99 | $.00 | MSC TUNICS S BLK SOLID 3/4SLV NO | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881794 | 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 | 1 | $19.99 | $.00 | XHIL TEE SHI S BLK STRIPE LS NO COL | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881795 | 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 | 1 | $5.00 | $.00 | GOM BOY SHOR S CHRMPK SOLID | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881796 | 49016006333 | 1 | $9.00 | $.00 | ME TANK TOPS XSM MOCHACCIN SOLID | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881797 | 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 | 1 | $12.99 | $.00 | LICENS TEE S XLRG BOB MARLEY BLK | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881798 | 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 | 1 | $39.99 | $.00 | SW4T BOMBER XSM BLACK/BLAC SOLID | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881800 | 49018000001 | 1 | $9.00 | $.00 | ME TANK TOPS XSM FOREVER BERRY SOLI | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881801 | 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 | 1 | $12.99 | $.00 | LICENS TEE S XXLRG THE PUNISHER CHA | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881802 | 49018000181 | 1 | $14.99 | $.00 | ME TEE SHIRT XSM FRESH SOLID LS NO | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881803 | 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 | 1 | $12.99 | $.00 | SCREEN TEE SOCCER BOB MARLEY XXL | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881804 | 49283000793 | 1 | $39.99 | $.00 | OUT MOTO JAC XHIL COGNAC LRG SOLID | Recovered | Yes | Yes | Yes | Yes |
| EVE- | 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 | 1 | $19.99 | $.00 | C9 | Recovered | Yes | Yes | Yes | Yes |

14-8839

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10881805 | | | | | ACTIVEWEA HEATHE XLRG COLORB LS | | | | | |
| EVE-10881809 | 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 | 1 | $39.99 | $.00 | OUT MOTO JAC XHIL COGNAC LRG SOLID | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881819 | 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 | 1 | $5.00 | $.00 | GOM BOY SHOR S FLOPIN SOLID | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881819 | 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 | 1 | $9.00 | $.00 | MSC TANK TOP M VIVID SOLID SLVLS | Recovered | Yes | Yes | Yes | Yes |
| EVE-10881622 | 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 | 1 | $12.99 | $.00 | BELT BRN LRG BELT MERONA | Recovered | Yes | Yes | Yes | Yes |

## Point of Sale Evidence
No Records Found.

## Financial Evidence
No Records Found.

## Physical Evidence
No Records Found.

## Vehicles

### About Vehicles
The Vehicles tab uniquely identifies vehicles, trailers and/or containers that are either involved in an incident or investigation.
Vehicles are only entered once in the system and used as a vehicle involved in subsequent incidents.
Additional help text is available as a tooltip (mouseover) on the field name.

- Click "Add New" for each vehicle involved in this case.
- If a trailer or container is involved, click "Add New" to enter detailed information.

### Vehicles Involved
No Records Found.

### Trailers/Containers Involved
No Records Found.

## Legal

### About Legal
The Legal tab captures information when an incident is referred for prosecution to an external law enforcement agency.
Additional help text is available as a tooltip (mouseover) on the field name.

- Complete a Law Enforcement referral by entering partner details relating to the case.
- Toggle the Legal Information section, to expand available fields and enter attorney details when applicable.

### Law Enforcement Information

| | |
|---|---|
| LE Notified: | Address Line #1 (LE): |
| LE Took Custody: | Address Line #2 (LE): |
| LE Left Ofc: | City (LE): |
| LE Organization: | State (LE): |
| LE Officer Name: | Zip Code (LE): |
| LE Badge #: | Phone |

| LE Case #: | Number (LE): |
| | Extension (LE): |

## Legal Information (if applicable)

| Legal Office: | Legal Case #: |
| Attny Name: | Phone Number (Legal): |
| Address Line #1 (Legal): | Extension (Legal): |
| Address Line #2 (Legal): | |
| City (Legal): | |
| State (Legal): | |
| Zip Code (Legal): | |

## Narrative

### About Narrative

The Narrative tab captures a Narrative Description and Synopsis unique to the incident associated with this record.

### Incident Times

| Time Observed: | |
| Time Subject Detained: | |
| Time In AP Office: | |
| Time Out AP Office: | |

### Narrative Description

| Synopsis: | |
| Incident Narrative: | |
| | Narrative History Log: View History Log |

## Attachments

### About Attachments

The Attachments tab captures all Attachments specific to the incident associated with this record. It provides a place where AP personnel can upload and view documents related to the case. Attachment Links are also available that link to and print attachment documents not stored in TCM and to reports produced by TCM.
*Note:* All photos are uploaded and viewed at the specific record level for participants and vehicles.

• Identify the proper case attachment section.
• Click "Add New" to upload all relevant attachments unique to the incident.

### Case Attachments

No Records Found.

### Participants Attachments

No Records Found.

### Vehicles Attachments

No Records Found.

### Evidence Attachments

No Records Found.

14-8839

**Legal Attachments**

No Records Found.

**Attachment Links**

Admission Statement Form (Spanish)

Copyright © Target Corporation. All rights reserved.

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SOLANO

SEP - 4 2014

By _____ **S. Magalski** _____
DEPUTY CLERK

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff

Case No. FCR304722

vs.

FELONY COMPLAINT

JOSHUA NEIL HARRELL (10/11/1978)

Defendant(s)

The undersigned is informed and believes that:

### COUNT 1

On or about September 2, 2014, defendant JOSHUA NEIL HARRELL did commit a felony namely: 2ND DEGREE ROBBERY, a violation of Section 211 of the Penal Code of the State of California, County of Solano, in that said defendant did unlawfully, and by means of force and fear take personal property from the person, possession, and immediate presence of D.W.

"NOTICE: The above offense is a serious felony within the meaning of Penal Code section 1192.7(c) and a violent felony within the meaning of Penal Code 667.5(c)."

### COUNT 2

On or about September 2, 2014, defendant JOSHUA NEIL HARRELL did commit a felony namely: SECOND DEGREE COMMERCIAL BURGLARY, a violation of Section 459 of the Penal Code of the State of California, County of Solano, in that said defendant did unlawfully enter a commercial building occupied by TARGET STORES with the intent to commit larceny and any felony.

Page 1

It is further alleged, pursuant to Penal Code Sections 1170(h)(3), 1170(f) and 1385, that the defendant is not eligible to be sentenced to a term of imprisonment in the county jail on an executed sentence due to a prior or current felony conviction for a serious felony described in subdivision (c) of Penal Code Section 1192.7, or a prior or current conviction for a violent felony described in subdivision (c) of Penal Code Section 667.5, or a prior felony conviction in another jurisdiction for an offense that has all of the elements of a serious felony described in subdivision (c) of Penal Code Section 1192.7, or a violent felony described in subdivision (c) of Penal Code Section 667.5, or because the defendant is required to register as a sex offender pursuant to Penal Code Section 290, or because the defendant is convicted of a crime and as part of the sentence an enhancement pursuant to Penal Code Section 186.11 is imposed.

It is further alleged that the defendant JOSHUA NEIL HARRELL, did commit acts which aggravate the above crime(s) pursuant to Rules 4.408 and 4.421 of the California Rules of Court.

**DISCOVERY REQUEST PURSUANT TO PENAL CODE SECTION 1054/1054.7:**
Pursuant to Penal Code sections 1054 through 1054.7, the People request that, within fifteen (15) days, the defendant and/or his/her attorney disclose: (a) The names and addresses of persons, other than the defendant, he/she intends to call as witnesses at trial, together with any relevant written or recorded statements of experts made in connection with the case, and including the results of physical or mental examinations, scientific tests, experiments, or comparisons which the defendant intends to offer in evidence at the trial. This request is a continuing request, to cover not only all such material currently in existence, but also all material which comes into existence to the conclusion of this case.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT CONSISTS OF 2 COUNT(S).

Executed at Fairfield, California, on September 3, 2014.

DANE NEILSON
DECLARANT AND COMPLAINANT

AGENCY:  FPD                                D.A. NO.: F143782

Arresting Officer: VALDEZ, Badge # 713

| DEFENDANT | CII NO | DOB | BOOKING NO | CUSTODY R'TN DATE |
|-----------|--------|-----|------------|-------------------|
| JOSHUA NEIL HARRELL | A25717681 | 10/11/1978 | 14-10963 | |

1  KRISHNA A. ABRAMS
   District Attorney of Solano County
2  By: NATASHA M. JONTULOVICH, #271554
3  675 Texas St., Suite 4500
   Fairfield, CA 94533
4  Telephone  (707) 784-6800

5  Attorney for the People

ENDORSED FILED
Clerk of the Superior Court

SEP 0 9 2014
D. Hunter

By_____
              DEPUTY CLERK

6              SUPERIOR COURT OF CALIFORNIA

7                  COUNTY OF SOLANO

8

9  THE PEOPLE OF THE STATE OF
10 CALIFORNIA,
                                    CASE NO.  FCR309722
11                  Plaintiff,
                                    NOTICE OF MOTION
12                                  TO AMEND COMPLAINT
13    vs.                           AND POINTS AND
                                    AUTHORITIES IN
14                                  SUPPORT OF MOTION
15 JOSHUA NEIL HARRELL
                                    DATE: 9/16/14 DEPT: 15
16                  Defendant       TIME:  8:30 A.M.

17

18

19        TO THE ABOVE NAMED DEFENDANT AND HIS ATTORNEY:

20        PLEASE TAKE NOTICE that on September 16, 2014, in Dept. D15 at 08:30 A.M. or

21 as soon thereafter as the matter may be heard in the above entitled Court, the People will move

22 for an Order of Court permitting an Amended Complaint to be filed herein, a copy of which is

23 attached hereto.

24

25

26

                              Page 1

## POINTS AND AUTHORITIES

### I

The court in which an action is pending may order or permit an amendment of an indictment, accusation or information, or the filing of an amended complaint, for any defect or insufficiency, at any stage of the proceedings..... The defendant shall be required to plead to such amendment or amended pleading forthwith, or, at the time fixed for pleading, if he has not yet pleaded and the trial or other proceeding shall continue as if the pleading had been originally filed as amended, unless the substantial rights of the defendant would be prejudiced thereby, in which event a reasonable postponement, not longer than the ends of justice require, may be granted.  Penal Code Section 1009.

### II

In the instant matter, the People respectfully request that the complaint be amended to TO ADD ENHANCEMENTS AND PRIORS.

Dated: September 8, 2014

Respectfully submitted,

KRISHNA A. ABRAMS
District Attorney

BY:
NATASHA M. JONTULOVICH
Deputy District Attorney

1

2

3

4 SUPERIOR COURT OF CALIFORNIA

5 COUNTY OF SOLANO

6

7 THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff

8 Case No. FCR309722

vs.

9 AMENDED
FELONY COMPLAINT

10 JOSHUA NEIL HARRELL (10/11/1978)

11

12

13 Defendant

14

15 The undersigned is informed and believes that:

16

### COUNT 1

17 On or about September 2, 2014, defendant JOSHUA NEIL HARRELL did commit a felony
namely: 2ND DEGREE ROBBERY, a violation of Section 211 of the Penal Code of the State of

18 California, County of Solano, in that said defendant did unlawfully, and by means of force and
fear take personal property from the person, possession, and immediate presence of D.W.;

19

20 "NOTICE: The above offense is a serious felony within the meaning of Penal Code section
1192.7(c) and a violent felony within the meaning of Penal Code 667.5(c)."

21

### COUNT 2

22 On or about September 2, 2014, defendant JOSHUA NEIL HARRELL did commit a felony

23 namely: SECOND DEGREE COMMERCIAL BURGLARY, a violation of Section 459 of the
Penal Code of the State of California, County of Solano, in that said defendant did unlawfully

24 enter a commercial building occupied by TARGET STORES with the intent to commit larceny
and any felony.

25

26

It is further alleged as to count(s) ONE and TWO that at the time of the commission of the above
offense, the defendant JOSHUA NEIL HARRELL, was released from custody on bail and on
his/her own recognizance in Case Number FCR306522, FCR306936,& FCR308925 within the
meaning of Penal Code section 12022.1.

Page 1

It is further alleged as to count(s) ONE and TWO pursuant to Penal Code Section 667.5(b) that the defendant JOSHUA NEIL HARRELL, has suffered the following prior conviction(s):

| Court Case | Code/Statute | Conviction Date | County | State | Court Type |
|---|---|---|---|---|---|
| FCR292340 | PC459 2ND | 3-14-13 | SOLANO | CA | SUPERIOR |

and that a term was served as described in Penal Code section 667.5 for said offense(s), and that the defendant did not remain free of prison custody for, and did commit an offense resulting in a felony conviction during, a period of five years subsequent to the conclusion of said term.

It is further alleged as to count(s) ONE and TWO pursuant to Penal Code Section 667.5(b) that the defendant JOSHUA NEIL HARRELL, has suffered the following prior conviction(s):

| Court Case | Code/Statute | Conviction Date | County | State | Court Type |
|---|---|---|---|---|---|
| FWV036332 | PC211 | 3/7/06 | SAN BERNADINO | CA | SUPERIOR |

and that a term was served as described in Penal Code section 667.5 for said offense(s), and that the defendant did not remain free of prison custody for, and did commit an offense resulting in a felony conviction during, a period of five years subsequent to the conclusion of said term.

It is further alleged as to count(s) ONE and TWO pursuant to Penal Code Section 667.5(b) that the defendant JOSHUA NEIL HARRELL, has suffered the following prior conviction(s):

| Court Case | Code/Statute | Conviction Date | County | State | Court Type |
|---|---|---|---|---|---|
| FCR280484 | PC496(a) | 11/15/2010 | SOLANO | CA | SUPERIOR |

and that a term was served as described in Penal Code section 667.5 for said offense(s), and that the defendant did not remain free of prison custody for, and did commit an offense resulting in a felony conviction during, a period of five years subsequent to the conclusion of said term.

It is further alleged, pursuant to Penal Code Sections 1170(h)(3), 1170(f) and 1385, that the defendant is not eligible to be sentenced to a term of imprisonment in the county jail on an executed sentence due to a prior or current felony conviction for a serious felony described in subdivision (c) of Penal Code Section 1192.7, or a prior or current conviction for a violent felony described in subdivision (c) of Penal Code Section 667.5, or a prior felony conviction in another jurisdiction for an offense that has all of the elements of a serious felony described in subdivision (c) of Penal Code Section 1192.7, or a violent felony described in subdivision (c) of Penal Code Section 667.5, or because the defendant is required to register as a sex offender pursuant to Penal Code Section 290, or because the defendant is convicted of a crime and as part of the sentence an enhancement pursuant to Penal Code Section 186.11 is imposed.

1  It is further alleged that the defendant JOSHUA NEIL HARRELL, did commit acts which
2  aggravate the above crime(s) pursuant to Rules 4.408 and 4.421 of the California Rules of Court.

3  **DISCOVERY REQUEST PURSUANT TO PENAL CODE SECTION 1054/1054.7:**
4  Pursuant to Penal Code sections 1054 through 1054.7, the People request that, within fifteen (15)
   days, the defendant and/or his/her attorney disclose:  (a) The names and addresses of persons,
5  other than the defendant, he/she intends to call as witnesses at trial, together with any relevant
6  written or recorded statements of experts made in connection with the case, and including the
   results of physical or mental examinations, scientific tests, experiments, or comparisons which
7  the defendant intends to offer in evidence at the trial.  This request is a continuing request, to
   cover not only all such material currently in existence, but also all material which comes into
8  existence to the conclusion of this case.

9
   I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
10 CORRECT AND THAT THIS COMPLAINT CONSISTS OF 2 COUNT(S).

11
12 Executed at Fairfield, California, on September 8, 2014.

13
                                        NATASHA M. JONTULOVICH
14                                      DECLARANT AND COMPLAINANT

15 AGENCY:  FPD                         D.A. NO.: FI43782

16
17 Arresting Officer: VALDEZ, Badge # 713

18
                                                    BOOKING    CUSTODY R'TN
19 DEFENDANT             CII NO     DOB             NO         DATE

20 JOSHUA NEIL HARRELL   A25717     10/11/1978      14-10963
                         681
21
22
23
24
25
26

# PROOF OF SERVICE

I, the undersigned, certify under penalty of perjury that my business address is the Office of the District Attorney, 675 TEXAS ST., SUITE 4500, FAIRFIELD, CA 94590, Solano County and I am not a party to the within entitled action. On Tuesday, September 09, 2014, I delivered a Notice of Motion to Amend Complaint re: People VS. ; Joshua Harrell, FCR309722

below by:

☐    Hand delivering a true copy thereof to the Public Defender;

☐    Hand delivering a true copy thereof to the Alternate Public Defender;

☒    Hand delivering a true copy thereof to the Staff Attorney;

☐    Placing a true copy in a sealed envelope, postage hereon fully prepaid, and deposited in the United States Mail in Fairfield, California, addressed to the following:

☒    By facsimile to the following:
Law Office of Vincent Maher
707 427-2220

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9TH day of September, 2014, at Fairfield, California.

Antony Wong
Legal Secretary
Real Estate Fraud Unit
707 784-3218
707 784-3218 (fax)
akwong@solanocounty.com

-1-

# VINCENT R. MAHER

## ATTORNEY AT LAW

CERTIFIED SPECIALIST
CRIMINAL LAW
THE STATE BAR OF
CALIFORNIA, BOARD
OF LEGAL SPECIALIZATION

September 16, 2014

724 TEXAS STREET
FAIRFIELD, CA 94533
(707) 427-2800 - PHONE
(707) 427-2220 - FAX

**Via Facsimile & First Class Mail**
**(707) 784-7986**

District Attorney
Suite 4500
675 Texas Street
Fairfield, CA 94533

> Re:  *People v. Joshua Harrell*
> Solano Superior Court Nos. FCR308925 and FCR309722

Dear Deputy District Attorney:

Pursuant to Penal Code section 1054, *et seq.,* please provide me with the following discovery:

In Case Number FCR308925:

1.  911 call;

2.  Dispatch recording and all radio communications between and among all responding officers;

3.  CAD log;

4.  The name and address of the person making the 911 call;

5.  Any and all photographs;

District Attorney
September 16, 2014
Page 2

_____

In Case Number FCR309722:

1.      911 call;

2.      Dispatch recording and all radio communications among and between all responding officers;

3.      CAD log;

4.      Video surveillance footage from Target;

5.      All photographs.

Very truly yours,


VINCENT R. MAHER
Attorney at Law

VRM:cb



OFFICE OF THE DISTRICT ATTORNEY
# COUNTY OF SOLANO

PHONE:
FAX: 

**DONALD A. du BAIN**
**DISTRICT ATTORNEY**

# REQUEST FOR DISCOVERY

Agency: **FFPD**          Police Report # **14-8839**

DA # **F143782** ~~9/23~~   Court # **FCR309722**

Court Date: **9/16/14**                    SEP 08 2014

Defendant: **Joshua Harrell**          **Co-Defendant?** ☐

**Maher**                          Tel. No. _____

Private Attorney/Public Defender/Conflict Defender

## TO LAW ENFORCEMENT AGENCY:

**Please provide our office a copy of the discovery itemized below:**     See attachment for items ☐

Note:  Return original (white) with requested discovery.  Please retain the yellow copy as a permanent record.

☒1. Dispatch recordings:
    ☒a. Radio Communications of **all**
    ☒b. Telephone calls to and from dispatch of **all**
☒2. Dispatch log and/or CAD records of **all**
☒3. Audio tape/CD of **all**
☒4. Video tape/CD/DVD of **all**
☒5. Photographs of **all**
☐ 6. Other _____

> **RECEIVED**
>
> SEP 12 2014
>
> **Property & Evidence**

Deputy District Attorney: **N. Joridworen**     Date: **9/6/14**
A check here indicates our office is already in possession of this/these items ☐

..............................................................................

**For Law Enforcement Use Only:**

The above requested items were delivered to the District Attorney's office on _____
                                                         Date

_____
   Signature of Law Enforcement Representative

..............................................................................

**To be completed by DA Discovery Unit:**

Date: Received by Unit _____ Requested **9|8** Returned **9/10**

Δ counsel notified item(s) available for pick up _____ by _____
                                                Date                      DA Discovery Unit

_____ picked up item(s) on _____
   Defense  Representative                                              Date

Distribution:  Original (white) to be returned with discovery     Yellow: Law Enforcement     Pink:  DA file
DA Form 12   Rev 1/11



ENDORSED FILED
Clerk of the Superior Court

JAN 16 2015

By _____
DEPUTY CLERK

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SOLANO

THE PEOPLE OF THE STATE OF CALIFORNIA,

                                        Plaintiff

                    vs.

JOSHUA NEIL HARRELL (10/11/1978)

                                        Defendant

Case No. FCR309722

AMENDED
FELONY COMPLAINT

The undersigned is informed and believes that:

### COUNT 1

On or about September 2, 2014, defendant JOSHUA NEIL HARRELL did commit a felony namely: 2ND DEGREE ROBBERY, a violation of Section 211 of the Penal Code of the State of California, County of Solano, in that said defendant did unlawfully, and by means of force and fear take personal property from the person, possession, and immediate presence of D.W.

"NOTICE: The above offense is a serious felony within the meaning of Penal Code section 1192.7(c) and a violent felony within the meaning of Penal Code 667.5(c)."

### COUNT 2

On or about September 2, 2014, defendant JOSHUA NEIL HARRELL did commit a misdemeanor namely: SHOPLIFTING, a violation of Section 459.5 of the Penal Code of the State of California, County of Solano, in that said defendant did unlawfully enter  TARGET STORE, a commercial establishment with the intent to commit larceny while that establishment was open during regular business hours, where the property that was taken or intended to be taken did not exceed nine hundred fifty dollars.

It is further alleged as to count(s) ONE  that at the time of the commission of the above offense, the defendant  JOSHUA NEIL HARRELL, was released from custody on bail and on his/her own recognizance in Case Number FCR306522 & FCR308925 within the meaning of Penal Code section 12022.1.

It is further alleged as to count(s) ONE  pursuant to Penal Code Section 667.5(b) that the defendant JOSHUA NEIL HARRELL, has suffered the following prior conviction(s):

| Court Case | Code/Statute | Conviction Date | County | State | Court Type |
|---|---|---|---|---|---|
| FCR292340 | PC459 2ND | 3-14-13 | SOLANO | CA | SUPERIOR |

and that a term was served as described in Penal Code section 667.5 for said offense(s), and that the defendant did not remain free of prison custody for, and did commit an offense resulting in a felony conviction during, a period of five years subsequent to the conclusion of said term.

It is further alleged as to count(s) ONE  pursuant to Penal Code Section 667.5(b) that the defendant JOSHUA NEIL HARRELL, has suffered the following prior conviction(s):

| Court Case | Code/Statute | Conviction Date | County | State | Court Type |
|---|---|---|---|---|---|
| FWV036332 | PC211 | 3/7/06 | SAN BERNADINO | CA | SUPERIOR |

and that a term was served as described in Penal Code section 667.5 for said offense(s), and that the defendant did not remain free of prison custody for, and did commit an offense resulting in a felony conviction during, a period of five years subsequent to the conclusion of said term.

It is further alleged as to count(s) ONEpursuant to Penal Code Section 667.5(b) that the defendant JOSHUA NEIL HARRELL, has suffered the following prior conviction(s):

| Court Case | Code/Statute | Conviction Date | County | State | Court Type |
|---|---|---|---|---|---|
| FCR280484 | PC496(a) | 11/15/2010 | SOLANO | CA | SUPERIOR |

and that a term was served as described in Penal Code section 667.5 for said offense(s), and that the defendant did not remain free of prison custody for, and did commit an offense resulting in a felony conviction during, a period of five years subsequent to the conclusion of said term.

It is further alleged, pursuant to Penal Code Sections 1170(h)(3), 1170(f) and 1385, that the defendant is not eligible to be sentenced to a term of imprisonment in the county jail on an executed sentence due to a prior or current felony conviction for a serious felony described in subdivision (c) of Penal Code Section 1192.7, or a prior or current conviction for a violent felony described in subdivision (c) of Penal Code Section 667.5, or a prior felony conviction in another jurisdiction for an offense that has all of the elements of a serious felony described in subdivision (c) of Penal Code Section 1192.7, or a violent felony described in subdivision (c) of Penal Code Section 667.5, or because the defendant is required to register as a sex offender pursuant to Penal Code Section 290, or because the defendant is convicted of a crime and as part of the sentence an enhancement pursuant to Penal Code Section 186.11 is imposed.

It is further alleged that the defendant JOSHUA NEIL HARRELL, did commit acts which aggravate the above crime(s) pursuant to Rules 4.408 and 4.421 of the California Rules of Court.

**DISCOVERY REQUEST PURSUANT TO PENAL CODE SECTION 1054/1054.7:**
Pursuant to Penal Code sections 1054 through 1054.7, the People request that, within fifteen (15) days, the defendant and/or his/her attorney disclose: (a) The names and addresses of persons, other than the defendant, he/she intends to call as witnesses at trial, together with any relevant written or recorded statements of experts made in connection with the case, and including the results of physical or mental examinations, scientific tests, experiments, or comparisons which the defendant intends to offer in evidence at the trial. This request is a continuing request, to cover not only all such material currently in existence, but also all material which comes into existence to the conclusion of this case.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT CONSISTS OF 2 COUNT(S).

Executed at Fairfield, California, on January 12, 2015.

<br>

NATASHA M. JONTULOVICH
DECLARANT AND COMPLAINANT

AGENCY: FPD                 D.A. NO.: F143782

Arresting Officer: VALDEZ, Badge # 713

| DEFENDANT | CII NO | DOB | BOOKING NO | CUSTODY R'TN DATE |
|---|---|---|---|---|
| JOSHUA NEIL HARRELL | A25717 681 | 10/11/1978 | 14-10963 | |

1   DONALD A. du BAIN
    District Attorney of Solano County
2
    By: NATASHA M. JONTULOVICH, #271554
3   675 Texas St., Suite 4500
    Fairfield, CA 94533
4   Telephone (707) 784-6800

5   Attorney for the People

**ENDORSED FILED**
Clerk of the Superior Court

JAN 2 3 2015

**D. Hunter**

By_____
    DEPUTY CLERK

6

7                SUPERIOR COURT OF CALIFORNIA

8                    COUNTY OF SOLANO

9

10   THE PEOPLE OF THE STATE OF
     CALIFORNIA,
11
                      CASE NO. FCR309722
12            Plaintiff,
                      NOTICE OF MOTION
13                       TO AMEND COMPLAINT
     vs.                  AND POINTS AND
14                       AUTHORITIES IN
                      SUPPORT OF MOTION
15   JOSHUA NEIL HARRELL
                      DATE: JANUARY 30, 2015 DEPT: D15
16           Defendant(s)     TIME: 8:30

17

18

19       TO THE ABOVE NAMED DEFENDANT AND HIS ATTORNEY:

20         PLEASE TAKE NOTICE that on January 30, 2015 , in Dept. D15 at 08:30 AM, or as

21   soon thereafter as the matter may be heard in the above entitled Court, the People will move for

22   an Order of Court permitting an Amended Complaint to be filed herein, a copy of which is

23   attached hereto.

24

25

26

POINTS AND AUTHORITIES

I

The court in which an action is pending may order or permit an amendment of an indictment, accusation or information, or the filing of an amended complaint, for any defect or insufficiency, at any stage of the proceedings.... The defendant shall be required to plead to such amendment or amended pleading forthwith, or, at the time fixed for pleading, if he has not yet pleaded and the trial or other proceeding shall continue as if the pleading had been originally filed as amended, unless the substantial rights of the defendant would be prejudiced thereby, in which event a reasonable postponement, not longer than the ends of justice require, may be granted. Penal Code Section 1009.

II

In the instant matter, the People respectfully request that the complaint be amended to ELIMINATE FELONY CHARGE.

Dated: January 23, 2015

Respectfully submitted,

DONALD A. du BAIN
District Attorney

BY:
NATASHA M. JONTULOVICH
Deputy District Attorney

Page 2

# Solano County District Attorney's Office

### Donald A. du Bain, District Attorney

## FAX TRANSMITTAL FORM

Please deliver this material to the named recipient as soon as possible.

**DATE:**            1/23/15

**From:**        Mitzi Martin, Legal Secretary

**Phone: (707) 784-2444**                    **FAX:  (707) 784-7986**

**To:  ROBERT WARSHAWSKY/, Attorney at Law**

**PHONE  (707) 446-6309        FAX: (707) 446-5583**

**TOTAL NUMBER OF PAGES INCLUDING THIS COVER PAGE:**

**If you did not receive all of the pages transmitted or if you need additional information regarding this message, please call the sender at the telephone number listed above.**

### Comments

AMENDED COMPLAINT IN LIEU OF THE INFORMATION FOR JOSHUA HARRELL FCR309722

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law.  If the reader is not the intended recipient, employee, or agent responsible for delivering this message, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  Please notify the Solano County District Attorney's Office immediately by telephone - (707) 784-6800 - and return the original message to this office via the U.S. Postal Service - Solano County District Attorney's Office, 675 Texas Street, Suite 4500, Fairfield, CA 94533.

DA FAX FF (3/05)

10:55   1          IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

2                          COUNTY OF SOLANO

3               HONORABLE ROBERT BOWERS, PRESIDING

4                          DEPARTMENT 15

5

6      THE PEOPLE OF THE STATE OF CALIFORNIA          )

7                          Plaintiff,                 ) No. FCR-309722

8      versus                                         )

9      JOSHUA NEIL HARRELL,                           )

10                         Defendant.                 )

11     _____)

12

13

10:55  14

15          REPORTER'S TRANSCRIPT OF PRELIMINARY HEARING

16                  FRIDAY, JANUARY 16, 2015

17

18

19                  A P P E A R A N C E S

20                       ---oOo---

21     For the People:              NATASHA JONTULOVICH
                                    Deputy District Attorney
22                                  675 Texas St. STE 4500
                                    Fairfield,  CA  94533.
23

24     For the Defendant:           ROBERT WARSHAWSKY
                                    Attorney at Law
25                                  500 Main St.
                                    Vacaville,  CA  95688
26

27                         SHELLEY M. WELCH
                    Official Shorthand Reporter
28                     CSR License # 10461

ENDORSED FILED
Clerk of the Superior Court

JAN 2 8 2015

J. WEHMAN
By_____
        DEPUTY CLERK

COPY

INDEX

EXAMINATION

| Witness Name | Dir | Cross | Redir | Recross | Voir Dire |
|---|---|---|---|---|---|
| DARIUS WEBB | 7 | 13 | | | |

1                    **FRIDAY, JANUARY 16, 2015**

2          The above-entitled matter came on regularly this day in

3    the SUPERIOR COURT OF CALIFORNIA, COUNTY OF SOLANO, before

4    Honorable ROBERT BOWERS, Judge, Presiding.

5          THE PEOPLE OF THE STATE OF CALIFORNIA were represented by

6    NATASHA JONTULOVICH, Deputy District Attorney for the Solano

7    County District Attorney's Office.

8          The Defendant, JOSHUA NEIL HARRELL, was represented by

9    ROBERT WARSHAWSKY, Attorney at Law.

10          SHELLEY M. WELCH, CSR, Official Shorthand Reporter, was

11    present and acting.

12          The following proceedings were had and taken, to wit:

13                    **P R O C E E D I N G S**

14          THE COURT:  Which one do you want to do first?  There's

15    two prelims

16          MS. JONTULOVICH:  There's a bunch of amended Informations

17    I filed to clean everything up, too.

18          THE COURT:  I see that.  Mr. Harrell is here with

19    Mr. Warshawsky.

20          MR. WARSHAWSKY:  I don't know about that.

21          MS. JONTULOVICH:  I served it on you guys.

22          THE COURT:  Why don't we start with 309722.

23    Ms. Jontulovich for the People.  Mr. Warshawsky for Mr. Harrell,

24    who appears.  There's a motion to amend dated for today's date

25    filed by Ms. Jontulovich.  I see the same, a count of robbery.

26    I see a misdemeanor shoplifting.  An out-on-bail enhancement

27    with some prison priors.  It looks like the clean up of the

28    amended.  Rather than second degree commercial burglary they

10:56 1 | cleaned it up to misdemeanor shoplift.

2 |       MS. JONTULOVICH:  And originally when the Complaint had

3 | been filed Mr. Neilson did not allege all of the priors.  So I

4 | did add all the priors that are --

5 |       THE COURT:  The prison priors?

6 |       MS. JONTULOVICH:  Yes.  On the other cases.

7 |       THE COURT:  Not relevant to today.

8 |       MS. JONTULOVICH:  Yes.

9 |       MR. WARSHAWSKY:  I haven't seen it, your Honor.  I am not

10 | sure, quite frankly, that there is everything from the Harrell

11 | file that was given to me.  For example, I don't have the 1368

12 | report.  I have conferred with Ms. Jontulovich on that.  That's

13 | not going to prevent us from going forward, but I --

14 |       THE COURT:  No.  I think the only thing she has amended is

10:57 15 | adding the prison priors which are all on the other files and

16 | not this one.  Just notice.

17 |       MS. JONTULOVICH:  The out on bail.

18 |       THE COURT:  And then Count 2 to a violation of the

19 | shoplift.  Instead of, you know, pen and inking it, we now have

20 | it listed as a shoplift.

21 |       MS. JONTULOVICH:  And there's the out-on-bail enhancements

22 | as well.

23 |       THE COURT:  Right.  And then the out-on-bail enhancements.

24 | Right.

25 |       MS. JONTULOVICH:  Yeah.  It's not for today.

26 |       THE COURT:  Nothing we are going to deal with today.

27 |       MS. JONTULOVICH:  No.

28 |       THE COURT:  Any objection?

10:57 1        MR. WARSHAWSKY:  Submitted.

2        THE COURT:  All right.  Let's get him arraigned on the new

3 Information.  We will deal with these one at a time.

4        MR. WARSHAWSKY:  You mean the Complaint?

5        THE COURT:  On the Complaint.  Thank you, sir.  I was

6 wrong.

7        MR. WARSHAWSKY:  I just want to make sure I didn't

8 misshear.

9        THE COURT:  No.  There's a lot going on here.

10       MS. JONTULOVICH:  There is.

11       THE COURT:  So it's good that we go slowly and make sure

12 that we do everything correct.  Let's get him arraigned on this

13 Amended Felony Complaint of 309722.

14       THE DEFENDANT:  I don't have time for you to keep messing

10:58 15 with me.

16       MR. WARSHAWSKY:  Be quiet.  Be quiet.

17       THE BAILIFF:  If I have to tell you one more time I am

18 going to take you to the back.  That's final.

19       MR. WARSHAWSKY:  I guess I am supposed to do something

20 here.

21       THE COURT:  Do you want to acknowledge receipt?

22       MR. WARSHAWSKY:  Yes.  Everyone is looking at me.  On

23 behalf of Mr. Harrell, your Honor, we would acknowledge receipt

24 of the Amended Complaint in FCR 309722  Waive formal

25 arraignment.  Waive advisement of rights.  Enter pleas of not

26 guilty.  Deny any special allegations or enhancements as

27 alleged.  Ask for a reservation of all rights including

28 demurrer.  Time is not waived, as I understand.  We are ready

10:59 1 | for preliminary hearing.

2 | THE COURT: We are going to accept the arraignment. We
3 | are going to proceed to preliminary hearing. As I see it, one
4 | count on September 2nd, allege a 211 of someone with the
5 | initials D.W. Count 2 is a misdemeanor shoplift. The other
6 | enhancements not applicable for today's hearing. People ready?

7 | MS. JONTULOVICH: Yes. And I designate Officer Valdez as
8 | my investigating officer.

9 | THE COURT: Okay.

10 | MS. JONTULOVICH: I am going to get him.

11 | THE COURT: All right. A motion to exclude witnesses?

12 | MR. WARSHAWSKY: Please.

13 | THE COURT: Granted. Call your first witness.

14 | MS. JONTULOVICH: The People call Darius Webb as my first
11:00 15 | witness.

16 | THE COURT: Sir, if you would stop and raise your right
17 | hand, we will get you sworn in.

18 | ***DARIUS WEBB***

19 | called as a witness, after being first duly sworn, testified as
20 | follows to wit:

21 | THE CLERK: Do you solemnly swear or affirm the testimony
22 | you are about to give is the truth, the whole truth, and nothing
23 | but the truth, so help you God?

24 | THE WITNESS: Yes.

25 | THE COURT: Thank you. Come on up and have a seat on the
26 | witness stand next to me, please.

27 | (Complies.)

28 | THE CLERK: Could you please state your full name for the

11:00  1  record and spell your last name?

2        THE WITNESS:  Darius Webb.  W-e-b-b.

3        THE COURT:  Thank you, Mr. Webb.  The lawyers have some

4  questions, starting with Ms. Jontulovich.

5        MS. JONTULOVICH:  Thank you, your Honor.

6                    **DIRECT EXAMINATION**

7        BY MS. JONTULOVICH:  Q.  Sir, how are you currently

8  employed?

9    A.  I am currently employed by Target Corporation.

10   Q.  In what capacity?

11   A.  I am the Asset Protection Specialist.  So I apprehend

12  shoplifters at Target.

13   Q.  Which Target do you work at?

14   A.  The Fairfield Target off of Cadanesso Drive.

11:01 15  Q.  Okay.  Were you working there on September 2nd, 2014 at

16  approximately 2:30 in the afternoon?

17   A.  I was.

18   Q.  Okay.  And were you working in that capacity as an

19  asset -- I'm sorry -- loss prevention individual?

20   A.  Yes.

21       THE COURT:  Asset Protection Specialist.

22       MS. JONTULOVICH:  Specialist.  Thank you.

23       MS. JONTULOVICH:  Q.  At that date and time did you

24  apprehend any individuals?

25   A.  Yes.

26   Q.  Okay.  And are you familiar with an individual named

27  Joshua Harrell?

28   A.  I am.

11:01 1   Q.  And do you see him in this courtroom?

2   A.  I do.

3   Q.  Can you please point him out and identify an article of
4 his clothing for the record?

5   A.  He is sitting to the left of you in orange and white.
6 (Indicating.)

7      THE COURT:  The record will reflect the identification of
8 the defendant in this case, Joshua Harrell.

9      MS. JONTULOVICH:  Q.  Where is it that you -- or did you
10 see Mr. Harrell on that date while you were working in Target?

11   A.  I did.

12   Q.  Where was it that you saw him?

13   A.  Where did I originally see him?

14   Q.  Yes.

11:01 15   A.  I Originally saw him on the sales floor with a female
16 unknown subject.

17   Q.  What was he doing?

18   A.  He was -- at the time that I first observed him he was
19 just making selections on some curtain items with the female.
20 They were both making selections on some homeware items.

21   Q.  When you say selection, what do you mean?

22   A.  When I say "selection" I mean they were selecting
23 merchandise from the sales floor from its home location and
24 placing it inside of a shopping cart.

25   Q.  Okay.  And both individuals were doing this?

26   A.  Yes, ma'am.

27   Q.  And did you continue to watch them?

28   A.  Yes, I did, physically.

11:02  1    Q.   What did they do next?

       2    A.   After I observed them selecting the --

       3         MR. WARSHAWSKY:  Objection, your Honor.   The witness is

       4    reading from his report.

       5         THE COURT:   Overruled.   Go ahead.

       6         THE WITNESS:   After I observed the subject selecting the

       7    merchandise and putting it in the basket, they made their way to

       8    the front of the store where Mr. Harrell stood behind the check

       9    lanes with the shopping cart.   And the female proceeded to check

      10    out in the check lane.

      11         She only bought a few items.   The only one that I could

      12    recollect was a Coca-Cola she purchased.   Once she was done with

      13    the purchase, she took two bags that she paid for, items, walked

      14    up to Mr. Harrell, and they both made their way into the food

11:03 15    section of the store, where they remained to sit for about 15

      16    minutes, and then --

      17         MR. WARSHAWSKY:  Objection, your Honor.   Narrative answer.

      18         THE COURT:   Okay.   Sustained.   We will just do it

      19    question-and-answer and get through it.

      20         THE WITNESS:   Okay.

      21         THE COURT:   What happened next?

      22         MS. JONTULOVICH:   Q.   Thank you.   So you observed the two

      23    individuals go to the food court?

      24    A.   Yes, ma'am.

      25    Q.   Okay.   And you stated that they remained there for about

      26    ten minutes?

      27    A.   Yes, ma'am.

      28    Q.   After that 10-minute time period, what did they do next?

11:03  1    A.  After that 10-minute time period, the female subject
2    proceeded to stand up, as well as Mr. Harrell.  And they
3    proceeded out the main entrance of the store to exit.
4    Q.  Okay.  And did they still have the cart that they had in
5    their possession earlier?
6    A.  Yes.  So originally the female took possession of the cart
7    from the food cart to the main entrance.  Before the female
8    exited, she let go of the cart and opened a door.  At which
9    point Mr. Harrell maintained possession of the cart and pushed
10    it out the exit, passing the security vestibules and the main
11    entrance.
12    Q.  And were there still items inside the cart?
13    A.  Yes.
14    Q.  Okay.  And were those items -- had they been paid for?
11:04 15    A.  No.
16    Q.  Okay.  And what happened after they exited the store?
17    A.  At which point the female subject exited the store, and
18    she took off out of the parking lot after observing my boss,
19    Executive Team Leader Mike Young --
20         MR. WARSHAWSKY:  Objection, your Honor.  That calls for
21    speculation.
22         THE COURT:  No.  She took off.  That is not speculation.
23         MR. WARSHAWSKY:  Why she took off.
24         THE COURT:  That's not speculation, either.  Next
25    question.
26         MS. JONTULOVICH:  Q.  And what did you and your team
27    leader do?
28    A.  My team leader approached Mr. Harrell from the front.  I

11:04  1 | approached from behind.  I then announced myself as staff
       2 | security, as well as my boss.  Mr. Harrell then looked at us,
       3 | and he asked what did we want.  And all I asked, I asked him
       4 | that he step inside so we can discuss some of the merchandise in
       5 | the shopping cart.
       6 | Q.  What did he do?
       7 | A.  At which point he said, "No.  I'm not going anywhere."  I
       8 | asked him a second time nicely, "Can you please step inside,
       9 | sir?"  At which point he made a forwarding gesture, an
      10 | aggressive gesture forward.  At which point I went hands-on, as
      11 | well as my boss, to try to calm down this subject to bring him
      12 | inside.
      13 | Q.  And when you say he made an aggressive gesture forward,
      14 | was he still holding onto the shopping cart?
11:05 15 | A.  I'm not 100 percent sure on whether he still had
      16 | possession of the shopping cart or not.
      17 | Q.  Okay.  And so were you able to detain him?
      18 | A.  We were able to calm him down and walk him inside without
      19 | placing him in handcuffs.
      20 | Q.  Okay.  Did he get physical at any point?
      21 | A.  We had a physical altercation that lasted roughly three
      22 | minutes before we were able to bring him inside.  So it did take
      23 | us about three minutes to actually get the subject to calm down.
      24 | Q.  Okay.  And what was it about that physical altercation?
      25 | Can you describe what was happening in those three minutes?
      26 | A.  So originally once -- the second time I asked him to step
      27 | inside, once he made that forwarding gesture towards my boss to
      28 | either flee or attack, I'm not 100 percent sure what his intent

11:05   1   was, I went hands-on by wrapping my arm around the front portion

2   of his chest to grab his arm away from my team leader.  And my

3   team leader then grabbed his other arm.  I'm not sure which arm

4   it was.  And he put it in a secure hold behind his back.

5       Q.  And when you and your team leader were holding onto him,

6   was he physically resisting you?

7       A.  He was.

8       Q.  Okay.  And after you held on to him and he was physically

9   resisting you, what happened next in this physical interaction?

10      A.  So after the physical interaction we tussled and turned

11  for about three minutes.  He finally gave up.  I guess he was

12  tired, out of breath.  And we walked him inside to the asset

13  protection office which is to the right of the entrance.

14      Q.  Okay.  And did you notice anything about his clothing?

11:06 15    A.  I did notice that he was wearing a sweater that he

16  selected from the sales floor.  And it did have a Target tag

17  still on it.

18      Q.  Okay.  And the sweater that he was wearing, did you see --

19  had you seen --

20          MR. WARSHAWSKY:  You have to be quiet.

21          MS. JONTULOVICH:  Q.  Had you seen him wearing it earlier

22  in the store?

23      A.  We confirmed on video footage that he did not enter the

24  store with that sweater.

25      Q.  Okay.  But you hadn't seen him actually put it on?

26      A.  No, ma'am.  He was wearing it upon my observation of him

27  on the sales floor.

28      Q.  Okay.  And were you able to confirm that he in fact had

11:06  1  not purchased that sweater?

2    A.   Yes, I was.

3        MS. JONTULOVICH:   Okay.   Just one second, your Honor.

4  Nothing further, your Honor.

5                          **CROSS-EXAMINATION**

6        BY MR. WARSHAWSKY:   Q.   Do you have a report that

7  you wrote, sir?

8    A.   Yes, sir.

9        MR. WARSHAWSY:   I don't have a copy of that, your Honor.

10  May I approach the witness?

11        THE COURT:   Sure.   Do you have it with you?

12        THE WITNESS:   Yes, sir.

13        THE COURT:   Do you want to take a break and we will make a

14  copy of it for you?   Or do you just want to look at it?

11:07 15        MR. WARSHAWSKY:   I think I can just look at it, Judge.

16            (Pause in proceedings.)

17        MR. WARSHAWSKY:   Thank you.   May I proceed, your Honor?

18        THE COURT:   Yes.

19        MR. WARSHAWSKY:   Q.   Now, where did you first see these

20  two individuals in the store?   When was your attention first

21  drawn to them?

22    A.   My attention was first drawn to them, I received a call

23  from a team member who recognized the female accomplice that

24  Mr. Harrell was with, the female was a known theft subject.   So

25  at which point I initiated surveillance on the two of them since

26  they were together in the home department.

27    Q.   Okay.   Did you see Mr. Harrell put on this jacket?

28    A.   I did not.

11:08  1   Q.   Okay.   Did you check the jacket's tag against your

2   inventory to see that it in fact was not paid?

3   A.   I did.   We ran a 30-day meta data search for sale.   So it

4   was not sold.

5   Q.   Okay.   So it sounds like there were a number of items that

6   were taken, and then Mr. Harrell was pushing this cart out of

7   the store; is that right?

8   A.   Yes.

9   Q.   Okay.   So when you made contact with him, correct me if I

10   am wrong, it doesn't appear that he was trying to flee with this

11   cart of stuff but rather himself get away; is that right?

12   A.   So the statement was confusing.   Just to make clear,

13   Mr. Harrell pushed the cart passed the security device out of

14   two exit doors.

11:09 15   Q.   I know.   But you and your boss made contact with him, and

16   there was this tussle?

17   A.   Uh-huh.

18   Q.   Sounds like from your testimony that the tussle was over

19   him trying to flee the area as opposed to trying to take this

20   cart full of goods away?

21   A.   Right.

22   Q.   Okay.   So when you were wrestling with him, he wasn't

23   trying to keep you from getting the items in the cart returned,

24   was he?

25   A.   No.

26   Q.   Okay.   He was simply trying to escape?

27   A.   Right.

28   Q.   Okay.   And you got him into some sort of -- your boss put

11:10 1 | him in some sort of armlock and then took him back into the
2 | store?

3 |   A.  Right.  We both did.

4 |   Q.  Did all of the items get recovered?

5 |   A.  All of the items were recovered that were in the shopping
6 | cart, yes.  I believe the sweater was put into evidence, though.
7 | I'm not 100 percent sure on the sweatshirt.

8 |       MR. WARSHAWSKY:  Be quiet.

9 |       MR. WARSHAWSKY:  Q.  All right.  So the items in the cart
10 | were returned back to the store?

11 |   A.  Right.  We maintained possession of the items.

12 |   Q.  Okay.  You're not sure what happened to the sweater he was
13 | wearing?

14 |   A.  I don't recall.  I don't remember whether he was
11:10 15 | handcuffed while he was still wearing the sweater when he was
16 | detained by the Fairfield Police Department or whether they gave
17 | it to me after the event.  I'm not 100 percent aware.

18 |   Q.  Okay.  So you didn't see where Mr. Harrell was when he
19 | first put on this jacket, right?

20 |   A.  No.

21 |   Q.  And how it is you know it wasn't paid for?

22 |   A.  So when we run footage and a subject enters the store, he
23 | came in empty handed.  No shopping cart, no backpack.  And he
24 | did not have the sweater on.  Upon his exit he was wearing that
25 | black sweatshirt.

26 |   Q.  Okay.  My point, though, is did you scan the bar code --

27 |   A.  Yes.

28 |   Q.  -- on the tag against your inventory?

11:11 1    A.   Yes.

2    Q.   And you're saying it showed it wasn't paid for?

3    A.   So when we scan a bar code against our inventory and we

4    count them on the sales floor we counted so many sweatshirts

5    minus one.  And the one that was missing was the one that was on

6    Mr. Harrell's person.

7    Q.   Okay.  But you don't have -- I mean is each tag assigned

8    to a sweater?  Is it unique?

9    A.   No.  it's unique to a number.  So if we have the sweater

10   that he was wearing -- say he's wearing one, that means we have

11   seven more on the sales floor, and his was number 8.

12   Q.   Okay.  So when you scan the tag that was on his sweater,

13   it doesn't have a unique identifier to that particular tag,

14   right?

11:12 15   A.   I'm unclear on what you mean by --

16   Q.   So if you have a hundred sweaters --

17   A.   Right.

18   Q.   -- they are all going to have the same tag on it?

19   A.   As long as they are the same color, yes, and the same

20   brand.

21   Q.   Right.  So each individual item is not assigned a unique

22   bar code?

23   A.   No.

24   Q.   Okay.  So you are familiar with the phenomenon where your

25   computer says you have something in stock and you don't?

26   A.   Absolutely.

27   Q.   Right?  You're also familiar with the phenomenon when your

28   inventory says you don't have any, and you look on the shelf and

11:12  1   there is one there?

2    A.   Absolutely.

3    Q.   Okay.  So you didn't see Mr. Harrell put this on, right?

4    A.   No.

5    Q.   And you didn't see whether he paid cash for it, right?

6    A.   The sweater was not purchased at all.

7    Q.   Well, you started watching him after you saw him wear the

8    sweater, right?

9    A.   Right.  But we run meta-data searches which can confirm or

10   deny whether a sweatshirt was purchased.

11   Q.   How does that work?

12   A.   We enter the number on the sweatshirt on the tag, and it

13   will say whether a sweater matching the description was sold or

14   not.

11:13 15   Q.   Assuming there is one in the computer?

16   A.   Unclear --

17        MS. JONTULOVICH:  I am going to object.

18        THE COURT:  Sustained.  This is I think very enlightening,

19   but it would probably be beyond the scope of an Asset Protection

20   Specialist.

21        MR. WARSHAWSKY:  Be quiet.  Pardon me, your Honor.  I

22   apologize.  I wasn't saying that to the Court.

23        THE COURT:  I did not think so.  But do you need a moment

24   with Mr. Harrell?

25        MR. WARSHAWSKY:  Yes, please.

26        THE COURT:  All right.  Do you want to go in the back?

27        MR. WARSHAWSKY:  Yes, please.

28        THE COURT:  All right.  We will take a brief recess.  Let

11:13 1 | me know when you are all ready to proceed.

2 |          (Recess taken.)

3 |     THE COURT:  Apparently Mr. Harrell is not following the

4 | bailiff's instructions either.  We are in luck today in light of

5 | the fact that no one is in court, but it's something that we are

6 | going to have to work on.

7 |     MR. WARSHAWSKY:  I understand.

8 |          (Defendant enters courtroom.)

9 |     THE COURT:  All right.  Mr. Harrell returns.  We will go

10 | back and continue our preliminary examination.  Mr. Webb still

11 | subject to cross-examination by defense counsel.

12 |     MR. WARSHAWSKY:  Thank you, your Honor.

13 |     MR. WARSHAWSKY:  Q.  Now, Mr. Webb, does your store

14 | require someone, when they pick up an item for example in the

11:22 15 | home section, to pay for it in that section?  Or can they pay

16 | for it at any open register?

17 |   A.  They can pay for it at any open register.

18 |   Q.  Okay.  Did you see Mr. Harrell at any time in the

19 | electronic department purchase any items?

20 |   A.  He did not purchase any items in the electronic

21 | department.

22 |   Q.  Okay.  Do you have a checker by the name of Julio in the

23 | electronics department?

24 |   A.  We do.

25 |   Q.  Okay.  So did you talk to Julio about whether my client

26 | had purchased a sweater in that department?

27 |   A.  I did.  And then I ran the meta-data search to confirm.

28 | And it was not sold or purchased in that department.

```
11:22  1        MR. WARSHAWSKY:  May I have a moment, your Honor?
       2             (Pause in proceedings.)
       3        MR. WARSHAWSKY:  Thank you.  I don't have any further
       4   questions of the witness.
       5        THE COURT:  Thank you.  Any further redirect?
       6        MS. JONTULOVICH:  No.
       7        THE COURT:  May this witness be excused?
       8        MS. JONTULOVICH:  Yes.
       9        MR. WARSHAWSKY:  Yes.
      10        THE COURT:  Thank you, Mr. Webb.  Have a good day.  Any
      11   further evidence?
      12        MS. JONTULOVICH:  No.
      13        THE COURT:  People rest.  Any evidence on behalf of
      14   Mr. Harrell in this case?
11:23 15        MR. WARSHAWSKY:  May I have one moment, your Honor?
      16        THE COURT:  You certainly may.
      17             (Discussion between counsel and client.)
      18        MR. WARSHAWSKY:  Please.
      19        THE DEFENDANT:  This is malicious persecution charge on
      20   me.
      21        MR. WARSHAWSKY:  Please.  We don't have any further
      22   evidence to present.
      23        THE COURT:  What's the People's request?
      24        MS. JONTULOVICH:  I am asking for a holding order as to
      25   Count 1 and 2, your Honor.
      26        THE COURT:  Okay.
      27        MS. JONTULOVICH:  It's unusual, but he did take the item.
      28   He was wearing it.  There's evidence that he didn't pay for it.
```

11:24  1   And essentially the law it's more force than necessary to take

2   the item, and he resisted.

3   THE COURT:  So you would agree, and I am probably speaking

4   ahead of Mr. Warshawsky, that whatever was in the cart, he

5   certainly wasn't attempting to get away with the cart.  It would

6   be the sweater --

7   MS. JONTULOVICH:  Yes, I agree.

8   THE COURT:  -- that he had on that he was attempting to --

9   MS. JONTULOVICH:  Yes.

10   THE COURT:  And you believe that there is sufficient force

11   to warrant an Estes robbery in this case?

12   MS. JONTULOVICH:  The law says it's just quantum of force

13   more than necessary to take the item.  I have done a trial

14   similar.  It's unusual, but it's my position that it is.

11:24 15   THE COURT:  Okay.  All right.  Mr. Warshawsky?

16   MR. WARSHAWSKY:  Well, your Honor, I think trying to flee

17   is what the intent was.  That's what the evidence is.  And that

18   doesn't support an Estes robbery.  This is not the type of Estes

19   case where he is trying to maintain possession of the property

20   and --

21   THE COURT:  Well, let's talk about the property.  I mean I

22   think the People are conceding --

23   MR. WARSHAWSKY:  Right.

24   THE COURT:  -- the property has to be the sweater since

25   there is no evidence that he is trying to keep whatever is

26   unpaid for in the cart.

27   MR. WARSHAWSKY:  Right.

28   THE COURT:  He just basically doesn't want to be detained,

11:25 1  doesn't necessarily want to keep the property and maybe may not
2  even realized that he had not purchased that sweater.
3       MR. WARSHAWSKY:  Yeah, to me, when you look at the Estes
4  case, there was a physical piece of property that they were
5  wrestling over.  The security guard was trying to pull it out of
6  the defendant's hand.  The defendant was trying to pull it back
7  and escape with the property.
8       Mr. Webb testified that it appeared Mr. Harrell was trying
9  to flee, not be taken into custody.  And I don't think the fact
10 that he was wearing a sweater, which the People are claiming was
11 not purchased, is what Estes is talking about.  I don't think
12 this is an Estes robbery.  I think that this is a theft on Count
13 2, and some type of 242 as a misdemeanor.
14      THE COURT:  Okay.  Submitted?
11:25 15     MR. WARSHAWSKY:  Yes.
16      THE COURT:  I think there is -- I think it's thin, but I
17 think, again, the burden of proof is by a preponderance.  And I
18 think there is evidence of an Estes robbery.  So I will hold him
19 to answer on Counts 1 and 2.  Certainly it is subject to a 995
20 review.  We will set that over for arraignment within the
21 statutory time period.  Madam Clerk?
22      THE CLERK:  January 30th at 8:30.
23      MR. WARSHAWSKY:  May I have a moment, your Honor?
24      THE COURT:  Yes.
25      MR. WARSHAWSKY:  January 30th at 8:30?
26      THE COURT:  Yes, sir.
27      MR. WARSHAWSKY:  Thank you.
28           (Whereupon, the proceedings are adjourned.)

1                    **CERTIFICATE OF COURT REPORTER**

2                              -oOo-

3        I, SHELLEY M. WELCH, CSR, hereby certify that I am an

4   Official Certified Shorthand Reporter and that I reported

5   verbatim in shorthand writing the following proceedings

6   completely and correctly to the best of my ability:

7        COURT:      SUPERIOR COURT OF CALIFORNIA

8                    COUNTY OF SOLANO

9        JUDGE:      HONORABLE ROBERT BOWERS

10       ACTION:     THE PEOPLE OF THE STATE OF CALIFORNIA,

11                        Plaintiff,

12                   vs.

13                   JOSHUA NEIL HARRELL,

14                        Defendant.

15       CASE NO:    FCR-309722

16       DATE:       FRIDAY, JANUARY 16, 2015

17

18       I further certify that I have caused said shorthand

19   writing to be transcribed into typewriting and that the

20   preceding Pages 1 through 22 constitute an accurate and complete

21   transcription of all of my shorthand writing for the dates

22   specified.

23                   DATED:   JANUARY 23, 2015

24

25

26                   SHELLEY M. WELCH, CSR
                     Official Court Reporter
27                   CSR License No. 10461

28

# Solano County District Attorney's Office

### Donald A. du Bain, District Attorney

## FAX TRANSMITTAL FORM

**Please deliver this material to the named recipient as soon as possible.**

**DATE:**            1/23/15

**From:**        Mitzi Martin, Legal Secretary

**Phone: (707) 784-2444**                    **FAX:   (707) 784-7986**

**To: ROBERT WARSHAWSKY/, Attorney at Law**

  **PHONE   (707) 446-6309        FAX: (707) 446-5583**

**TOTAL NUMBER OF PAGES INCLUDING THIS COVER PAGE:**

**If you did not receive all of the pages transmitted or if you need additional information regarding this message, please call the sender at the telephone number listed above.**

### Comments

AMENDED COMPLAINT IN LIEU OF THE INFORMATION FOR JOSHUA HARRELL FCR309722

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader is not the intended recipient, employee, or agent responsible for delivering this message, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. Please notify the Solano County District Attorney's Office immediately by telephone - (707) 784-6800 - and return the original message to this office via the U.S. Postal Service - **Solano County District Attorney's Office, 675 Texas Street, Suite 4500, Fairfield, CA 94533.**

DA FAX FF (3/05)

ENDORSED FILED
Clerk of the Superior Court

JAN 3 0 2015

By _C.Edwards_
DEPUTY CLERK

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SOLANO

30 dys
LOT = 3/2/15

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff

Case No.FCR309722

vs.

AMENDED
MISDEMEANOR COMPLAINT

JOSHUA NEIL HARRELL (10/11/1978)
756 WREN CT
FAIRFIELD, CA 94533

Defendant

The undersigned is informed and believes that:

## COUNT 1

On or about September 2, 2014, defendant(s) JOSHUA NEIL HARRELL did commit a
misdemeanor namely: SHOPLIFTING, a violation of Section 459.5 of the Penal Code of
the State of California, County of Solano, in that said defendant did unlawfully enter
TARGET STORE, a commercial establishment  with the intent to commit larceny while
that was taken or intended to be taken did not exceed nine hundred fifty dollars.

It is further alleged as to count(s) ONE  that at the time of the commission of the above offense, the defendant  JOSHUA NEIL HARRELL, was released from custody on bail and on his/her own recognizance in Case Number FCR306522 & FCR308925 within the meaning of Penal Code section 12022.1.

It is further alleged as to count(s) ONE  pursuant to Penal Code Section 667.5(b) that the defendant JOSHUA NEIL HARRELL, has suffered the following prior conviction(s):

| Court Case | Code/Statute | Conviction Date | County | State | Court Type |
|---|---|---|---|---|---|
| FCR292340 | PC459 2ND | 3-14-13 | SOLANO | CA | SUPERIOR |

and that a term was served as described in Penal Code section 667.5 for said offense(s), and that the defendant did not remain free of prison custody for, and did commit an offense resulting in a felony conviction during, a period of five years subsequent to the conclusion of said term.

It is further alleged as to count(s) ONE  pursuant to Penal Code Section 667.5(b) that the defendant JOSHUA NEIL HARRELL, has suffered the following prior conviction(s):

| Court Case | Code/Statute | Conviction Date | County | State | Court Type |
|---|---|---|---|---|---|
| FWV036332 | PC211 | 3/7/06 | SAN BERNADINO | CA | SUPERIOR |

and that a term was served as described in Penal Code section 667.5 for said offense(s), and that the defendant did not remain free of prison custody for, and did commit an offense resulting in a felony conviction during, a period of five years subsequent to the conclusion of said term.

It is further alleged as to count(s) ONEpursuant to Penal Code Section 667.5(b) that the defendant JOSHUA NEIL HARRELL, has suffered the following prior conviction(s):

| Court Case | Code/Statute | Conviction Date | County | State | Court Type |
|---|---|---|---|---|---|
| FCR280484 | PC496(a) | 11/15/2010 | SOLANO | CA | SUPERIOR |

and that a term was served as described in Penal Code section 667.5 for said offense(s), and that the defendant did not remain free of prison custody for, and did commit an offense resulting in a felony conviction during, a period of five years subsequent to the conclusion of said term.

It is further alleged, pursuant to Penal Code Sections 1170(h)(3), 1170(f) and 1385, that the defendant is not eligible to be sentenced to a term of imprisonment in the county jail on an executed sentence due to a prior or current felony conviction for a serious felony described in subdivision (c) of Penal Code Section 1192.7, or a prior or current conviction for a violent felony described in subdivision (c) of Penal Code Section 667.5, or a prior felony conviction in another jurisdiction for an offense that has all of the elements of a serious felony described in subdivision (c) of Penal Code Section 1192.7, or a violent felony described in subdivision (c) of Penal Code Section 667.5, or because the defendant is required to register as a sex offender pursuant to Penal Code Section 290, or because the defendant is convicted of a crime and as part of the sentence an enhancement pursuant to Penal Code Section 186.11 is imposed.

It is further alleged that the defendant JOSHUA NEIL HARRELL, did commit acts which aggravate the above crime(s) pursuant to Rules 4.408 and 4.421 of the California Rules of Court.

**DISCOVERY REQUEST PURSUANT TO PENAL CODE SECTION 1054/1054.7:**
Pursuant to Penal Code sections 1054 through 1054.7, the People request that, within fifteen (15) days, the defendant and/or his/her attorney disclose: (a) The names and addresses of persons, other than the defendant, he/she intends to call as witnesses at trial, together with any relevant written or recorded statements of experts made in connection with the case, and including the results of physical or mental examinations, scientific tests, experiments, or comparisons which the defendant intends to offer in evidence at the trial. This request is a continuing request, to cover not only all such material currently in existence, but also all material which comes into existence to the conclusion of this case.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT CONSISTS OF 2 COUNT(S).

Executed at Fairfield, California, on January 12, 2015.

NATASHA M. JONTULOVICH
DECLARANT AND COMPLAINANT

AGENCY:  FPD                              D.A. NO.: F143782

Arresting Officer: VALDEZ, Badge # 713

| DEFENDANT | CII NO | DOB | BOOKING NO | CUSTODY R'TN DATE |
|---|---|---|---|---|
| JOSHUA NEIL HARRELL | A25717 681 | 10/11/1978 | 14-10963 | |