UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA NEIL HARRELL, | No. 2:15-cv-0634 CKD P |
| Plaintiff, | |
| v. | ORDER |
| TARGET, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se. On September 8, 2015, plaintiff's amended complaint was dismissed with leave to file a second amended complaint. Plaintiff filed a second amended complaint on September 21, 2015, and then filed a supplement on February 11, 2016 despite the fact that he was specifically informed in the court's September 8, 2015 order that supplemental pleadings are not permitted.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's September 21, 2015 second amended complaint is dismissed.

2. Plaintiff is granted 30 days within which to file a third amended complaint which contains all of plaintiff's claims and allegations in support thereof. Plaintiff should refer back to the court's September 8, 2015 order for the necessary contents of his third amended complaint.

/////

/////

1

1      3. Plaintiff's failure to file a third amended complaint within 30 days which complies with this order, and the court's September 8, 2015 order, will result in dismissal.

Dated: March 3, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
harr0634.dis