1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOSHUA NEIL HARRELL,                          No.  2:15-cv-0634 CKD P

12                      Plaintiff,

13          v.                                       ORDER

14    TARGET, et al.,

15                      Defendants.

16

17          Plaintiff has filed a motion asking that the court reconsider the April 12, 2016 order

18    dismissing plaintiff's third amended complaint without leave to amend.  A district court[1] may

19    reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b).  See Sch. Dist.

20    Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993).

21    "Reconsideration is appropriate if the district court (1) is presented with newly discovered

22    evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is

23    an intervening change in controlling law."  Id. at 1263.

24          Plaintiff fails to identify any newly discovered evidence.  Plaintiff fails to make any

25    argument suggesting the court's dismissal of his third amended complaint without leave to amend

26    is erroneous or manifestly unjust.  There has been no change in controlling law.

27    

28    [1]  Plaintiff has consented to all matters in the case being before a United States Magistrate Judge.
      See 28 U.S.C. § 636(c).

1

1    For all the foregoing reasons, IT IS HEREBY ORDERED that plaintiff's motion for

2 reconsideration (ECF No 22) is denied.

3 Dated:  April 28, 2016

4 _____
     CAROLYN K. DELANEY
5    UNITED STATES MAGISTRATE JUDGE

6

7

8 1
   harr0634.mfr
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                           2